AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Iowa Public Employees' Retirement System, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  17 Civ. 6221 (KPF) |
| Bank of America Corporation, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SEE ATTACHMENT FOR FULL LIST OF REPRESENTED PARTIES .

Date: September 18, 2017

/s/ Michael A. Paskin
*Attorney's signature*

Michael A. Paskin—2103
*Printed name and bar number*

Cravath, Swaine & Moore LLP
Worldwide Plaza--825 Eighth Avenue
New York, NY 10019

*Address*

mpaskin@cravath.com
*E-mail address*

(212) 474-1000
*Telephone number*

(212) 474-3700
*FAX number*

# ATTACHMENT

# REPRESENTED PARTIES

Morgan Stanley

Morgan Stanley Capital Management, LLC

Morgan Stanley & Co. LLC

Prime Dealer Services Corp.

Strategic Investments I, Inc.