UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>Defendants. | 17 Civ. 6221 (KPF) |

### RULE 7.1 DISCLOSURES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Morgan Stanley, Morgan Stanley Capital Management, LLC, Morgan Stanley & Co. LLC, Prime Dealer Services Corp. and Strategic Investments I, Inc., which have been named as defendants in the above-captioned matter, make the following disclosures through their undersigned counsel.

### LIST OF PARENT COMPANIES

Defendant Morgan Stanley is a publicly held corporation that has no parent corporation.

Defendant Morgan Stanley Capital Management, LLC, is a limited liability company whose sole member is Defendant Morgan Stanley.

Defendant Morgan Stanley & Co. LLC is a limited liability company whose sole member is Morgan Stanley Domestic Holdings, Inc., a corporation wholly owned by Defendant Morgan Stanley Capital Management, LLC, a limited liability company whose sole member is Defendant Morgan Stanley.

Defendant Prime Dealer Services Corp. is a corporation wholly owned by Defendant Morgan Stanley & Co. LLC, a limited liability company whose sole member is Morgan Stanley Domestic Holdings, Inc., a corporation wholly owned by Defendant Morgan Stanley Capital Management, LLC, a limited liability company whose sole member is Defendant Morgan Stanley.

Defendant Strategic Investments I, Inc. is a corporation wholly owned by Defendant Morgan Stanley.

<u>LIST OF PUBLICLY-HELD CORPORATIONS
OWNING 10% OR MORE OF STOCK</u>

Based on Securities and Exchange Commission Rules regarding beneficial ownership, Mitsubishi UFJ Financial Group, Inc. 7-1 Marunouchi 2-chome, Chiyoda-ku, Tokyo 100-8330, beneficially owns greater than 10% of Morgan Stanley's outstanding common stock.

Dated:  September 18, 2017  Respectfully Submitted,
New York, New York

<u>/s/ Daniel Slifkin</u>
Daniel Slifkin
Michael A. Paskin
Damaris Hernández
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019-7475
Telephone:  (212) 474-1000
dslifkin@cravath.com
mpaskin@cravath.com
dhernandez@cravath.com

*Attorneys for Defendants Morgan Stanley; Morgan Stanley Capital Management, LLC; Morgan Stanley & Co. LLC; Prime Dealer Services Corp.; and Strategic Investments I, Inc.*