UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM; LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATION; ORANGE COUNTY EMPLOYEES RETIREMENT SYSTEM; SONOMA COUNTY EMPLOYEES' RETIREMENT SYSTEM ASSOCIATION; and TORUS CAPITAL, LLC, on behalf of themselves and all others similarly situated,

                     Plaintiffs,

      v.

BANK OF AMERICA CORPORATION; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; MERRILL LYNCH L.P. HOLDINGS, INC.; MERRILL LYNCH PROFESSIONAL CLEARING CORP.; CREDIT SUISSE AG; CREDIT SUISSE GROUP AG; CREDIT SUISSE SECURITIES (USA) LLC; CREDIT SUISSE FIRST BOSTON NEXT FUND, INC.; CREDIT SUISSE PRIME SECURITIES SERVICES (USA) LLC; THE GOLDMAN SACHS GROUP, INC.; GOLDMAN, SACHS & CO. LLC; GOLDMAN SACHS EXECUTION & CLEARING, L.P.; J.P. MORGAN CHASE & CO.; J.P. MORGAN SECURITIES LLC; J.P. MORGAN PRIME, INC.; J.P. MORGAN STRATEGIC SECURITIES LENDING CORP.; J.P. MORGAN CHASE BANK, N.A.; MORGAN STANLEY; MORGAN STANLEY CAPITAL MANAGEMENT, LLC; MORGAN STANLEY & CO., LLC; PRIME DEALER SERVICES CORP.; STRATEGIC INVESTMENTS I, INC.; UBS GROUP AG; UBS AG; UBS AMERICAS INC., UBS SECURITIES LLC; UBS FINANCIAL SERVICES INC.; EQUILEND LLC; EQUILEND EUROPE LIMITED; and EQUILEND HOLDINGS LLC,

                     Defendants.

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 10, 2018

17 Civ. 6221 (KPF)

SCHEDULING ORDER

KATHERINE POLK FAILLA, District Judge:

Following the initial pretrial and pre-motion conference on January 10, 2018, the Court enters the following order:

1. Defendants' opening briefs in support of their motions to dismiss are due on January 26, 2018. The Bank of America/Merrill Lynch, Credit Suisse, Goldman Sachs, J.P. Morgan, Morgan Stanley, and UBS Defendants will file a joint brief, not to exceed 50 pages. The EquiLend Defendants may file a separate supplemental brief not to exceed 15 pages.

2. Plaintiffs' opposition brief is due on March 2, 2018, and will not exceed 50 pages.

3. Defendants' reply brief in support of their motions is due on March 30, 2018. The Bank of America/Merrill Lynch, Credit Suisse, Goldman Sachs, J.P. Morgan, Morgan Stanley, and UBS Defendants will file a joint brief, not to exceed 25 pages. The EquiLend Defendants may file a separate supplemental brief not to exceed 7 pages.

SO ORDERED.

Dated:  January 10, 2018
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge