AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Iowa Public Employees' Retirement System, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 17 Civ. 6221 (KPF) |
| Bank of America Corporation, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Morgan Stanley; Morgan Stanley Capital Management, LLC; Morgan Stanley & Co. LLC; Prime Dealer Services Corp.; Strategic Investments I, Inc.

Date:   01/25/2018

/s/ Lauren M. Rosenberg
*Attorney's signature*

Lauren M. Rosenberg LR-1523
*Printed name and bar number*

Cravath, Swaine & Moore LLP
Worldwide Plaza--825 Eighth Avenue
New York, NY 10019
*Address*

lrosenberg@cravath.com
*E-mail address*

(212) 474-1000
*Telephone number*

(212) 474-3700
*FAX number*