UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, *et al.,*<br><br>                    Plaintiffs,<br><br>    -against-<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>                    Defendants. | No. 17-cv-06221 (KPF) |

### NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT BY EQUILEND HOLDINGS LLC, EQUILEND LLC, AND EQUILEND EUROPE LIMITED

      Defendants EquiLend Holdings LLC, EquiLend LLC, and EquiLend Europe Limited, by and through their undersigned counsel, respectfully move this Court, at a date and time to be determined by the Court, to dismiss all claims with prejudice in the Amended Complaint, dated November 17, 2017, pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim and pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction with respect to EquiLend Europe Limited.  In support of this motion, Defendants submit the accompanying Supplemental Memorandum In Support Of EquiLend Holdings LLC, EquiLend LLC, and EquiLend Europe Limited's Motion to Dismiss, dated January 26, 2018, and the Declaration of Laurence J. Marshall, dated January 24, 2018.

Dated: January 26, 2018
   New York, New York

           CLEARY GOTTLIEB STEEN & HAMILTON LLP

        */s/ David I. Gelfand*

        David I. Gelfand (*pro hac vice*)
        Alexis Collins (*pro hac vice*)
        2000 Pennsylvania Avenue, NW
        Washington, DC 20006
        Phone:  (202) 974-1690
        Fax:  (202) 974-1999
        dgelfand@cgsh.com
        alcollins@cgsh.com

        Carmine D. Boccuzzi, Jr.
        One Liberty Plaza
        New York, New York 10006
        T:  212-225-2508
        F:  212- 225-3999
        cboccuzzi@cgsh.com

        *Counsel for Defendants EquiLend Holdings LLC,*
        *EquiLend LLC, and EquiLend Europe Limited*