**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, *et al.*, <br><br> Plaintiffs, <br><br> - against - <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br><br> Defendants. | No. 17 Civ. 6221 (KPF) |

### NOTICE OF PRIME BROKER DEFENDANTS BANK OF AMERICA, CREDIT SUISSE, GOLDMAN SACHS, JPMORGAN, MORGAN STANLEY AND UBS'S JOINT MOTION TO DISMISS ALL CLAIMS

PLEASE TAKE NOTICE that upon the accompanying (i) Memorandum of Prime Broker Defendants Bank of America, Credit Suisse, Goldman Sachs, JPMorgan, Morgan Stanley and UBS in Support of Their Joint Motion to Dismiss All Claims, dated January 26, 2018, and (ii) Declaration of Lauren M. Rosenberg in Support of Prime Broker Defendants Bank of America, Credit Suisse, Goldman Sachs, JPMorgan, Morgan Stanley and UBS's Joint Motion to Dismiss All Claims, dated January 26, 2018, and the exhibits thereto, the undersigned Defendants will move this Court, before the Honorable Katherine Polk Failla, at the United States Courthouse, Courtroom 618, 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an Order dismissing all claims with prejudice for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6), and granting such other and further relief as the Court may deem just and proper.

January 26, 2018                          Respectfully submitted,

/s Daniel Slifkin

Daniel Slifkin
Michael A. Paskin
Damaris Hernández
Lauren M. Rosenberg
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel:  (212) 474-1000
Fax:  (212) 474-3700
dslifkin@cravath.com
mpaskin@cravath.com
dhernandez@cravath.com
lrosenberg@cravath.com

*Attorneys for Defendants Morgan Stanley & Co. LLC, Prime Dealer Services Corp., and Strategic Investments I, Inc.*


/s Adam S. Hakki (on consent)[1]

Adam S. Hakki
Richard F. Schwed
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Tel:  (212) 848-4000
ahakki@shearman.com
richard.schwed@shearman.com

Ryan A. Shores (*pro hac vice*)
401 9th Street, N.W.
Washington, D.C. 20004
Tel:  (202) 508-8100
ryan.shores@shearman.com

*Attorneys for Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated, Merrill Lynch L.P. Holdings, Inc., and Merrill Lynch Professional Clearing Corp.*

---

[1] Defendants use electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

/s David G. Januszewski (on consent)

David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
Sheila C. Ramesh
Margaret A. Barone
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005
Tel:  (212) 701-3000
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com
sramesh@cahill.com
mbarone@cahill.com

*Attorneys for Defendants Credit Suisse AG, Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Next Fund, Inc., and Credit Suisse Prime Securities Services (USA) LLC*

/s Robert Y. Sperling (on consent)

Robert Y. Sperling (*pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Tel:  (312) 558-7941
Fax:  (312) 558-5700
rsperling@winston.com

Richard C. Pepperman, II
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel:  (212) 558-3493
Fax:  (212) 558-3588
peppermanr@sullcrom.com

*Attorneys for Defendants Goldman Sachs & Co. LLC and Goldman Sachs Execution & Clearing, L.P.*

/s Robert D. Wick (on consent)

Robert D. Wick (*pro hac vice*)
John S. Playforth (*pro hac vice*)
Kuntal Cholera (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
Tel:  (202) 662-5487
Fax:  (202) 778-5487
rwick@cov.com
jplayforth@cov.com
kcholera@cov.com

*Attorneys for Defendants JPMorgan Chase Bank,
N.A., J.P. Morgan Securities LLC, J.P. Morgan
Prime, Inc., and J.P. Morgan Strategic Securities
Lending Corp.*

s/ David C. Bohan (on consent)

David C. Bohan
Peter G. Wilson
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
david.bohan@kattenlaw.com
peter.wilson1@kattenlaw.com

*Attorneys for Defendants UBS AG, UBS Americas
Inc., UBS Securities LLC, and UBS Financial
Services Inc.*