UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>    Defendants. | No. 1:17-cv-06221-KPF |

## **MOTION TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that upon the declaration of David A. Young below, Plaintiffs Iowa Public Employees' Retirement System, Orange County Employees Retirement System, Sonoma County Employees' Retirement Association, and Los Angeles County Employees Retirement Association hereby move this Court for an Order allowing David A. Young to withdraw as counsel for Plaintiffs Iowa Public Employees' Retirement System, Orange County Employees Retirement System, Sonoma County Employees' Retirement Association, and Los Angeles County Employees Retirement Association. In support of such notice and in conformance with Local Rule 1.4, undersigned counsel states the following:

1. After July 27, 2018, I will no longer be associated with the law firm of Cohen Milstein Sellers & Toll PLLC.

2. Other attorneys at Cohen Milstein Sellers & Toll PLLC, including Julie G. Reiser and Michael B. Eisenkraft, continue to be counsel of record for Plaintiffs Iowa Public Employees' Retirement System, Orange County Employees Retirement System, Sonoma County Employees'

Retirement Association, and Los Angeles County Employees Retirement Association in this matter.

    3.    My withdrawal will not affect any deadlines or cause any delay in this matter.

Dated:  July 25, 2018　　　　　　　　　　　　　　　　*/s/ David A. Young*
　　　　　　　　　　　　　　　　　　　　　　　　　　　David A. Young
　　　　　　　　　　　　　　　　　　　　　　　　　　　Cohen Milstein Sellers & Toll PLLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　1100 New York Ave. NW, Suite 500
　　　　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 408-4600
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 408-4699
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: dyoung@cohenmilstein.com

*Attorney for Plaintiffs Iowa Public Employees' Retirement System, Orange County Employees Retirement System, Sonoma County Employees' Retirement Association, and Los Angeles County Employees Retirement Association*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered for electronic filing.

*/s/ David A. Young*
David A. Young
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Phone: (202) 408-4600
Fax: (202) 408-4699
Email: dyoung@cohenmilstein.com