# CRAVATH, SWAINE & MOORE LLP

JOHN W. WHITE
EVAN R. CHESLER
RICHARD W. CLARY
STEPHEN L. GORDON
ROBERT H. BARON
DAVID MERCADO
CHRISTINE A. VARNEY
PETER T. BARBUR
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
PHILIP J. BOECKMAN
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK

THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

+1-212-474-1438
+1-212-474-1760
+1-212-474-1486

WRITER'S EMAIL ADDRESS

slifkin@cravath.com
mpaskin@cravath.com
dhernandez@cravath.com

ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
JOHNNY G. SKUMPIJA
J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
KENNETH C. HALCOM
DAVID M. STUART
AARON M. GRUBER
O. KEITH HALLAM, III
OMID H. NASAB
DAMARIS HERNÁNDEZ

JONATHAN J. KATZ
MARGARET SEGALL D'AMICO
RORY A. LERARIS
KARA L. MUNGOVAN
NICHOLAS A. DORSEY
ANDREW C. ELKEN
JENNY HOCHENBERG
VANESSA A. LAVELY
G.J. LIGELIS JR.
MICHAEL E. MARIANI
LAUREN R. KENNEDY
SASHA ROSENTHAL-LARREA
ALLISON M. WEIN

———

SPECIAL COUNSEL
SAMUEL C. BUTLER

———

OF COUNSEL
MICHAEL L. SCHLER
CHRISTOPHER J. KELLY

July 1, 2019

*Iowa Pub. Emps.' Ret. Sys. et al. v. Bank of Am. Corp. et al.*,
No. 1:17-cv-06221-KPF (S.D.N.Y.)

Dear Judge Failla:

As counsel for Morgan Stanley in the above-referenced action, we write on behalf of all Defendants pursuant to the Court's June 20, 2018 Order, ECF No. 185, to advise the Court and Plaintiffs of the estimated timeline for transactional data production.

After an extensive meet and confer process, the parties have reached agreement on the scope[1] of transactional data production, and Defendants are in the process of collecting the agreed-upon data. The transactional data spans a nearly ten-year time period and is extremely voluminous—several terabytes of data—some of which is located in legacy or archival systems. Defendants hereby provide their best estimates on the timeline for data production, but these estimates may change given the potential for technical issues associated with such a vast collection.[2] Defendants will provide rolling productions of data to the extent feasible to do so, and will meet and confer with Plaintiffs if they face any technical issues or delays. Additionally, Defendants will meet and confer in good faith with Plaintiffs regarding

---

[1] As noted in Plaintiffs' June 14, 2019 letter, ECF No. 183, and Defendants' June 19, 2018 letter, ECF No. 184, the parties have agreed to address profit and loss data and beneficial ownership data on a separate track from transactional data. The parties' discussions regarding profit and loss data and beneficial ownership data are ongoing.

[2] Defendants have reserved the right to raise objections if the burden associated with collecting certain data becomes disproportional to the needs of the case.

these estimates and any related request by Plaintiffs for a reasonable extension to the case schedule, and will update the Court promptly regarding those discussions.

| **Defendant** | **Estimated Timeline for Transactional Data Production** |
|---|---|
| Morgan Stanley | Morgan Stanley anticipates completing production of its agreed-upon transactional data in August. |
| JPMorgan | JPMorgan anticipates completing production of its agreed-upon transactional data in August. |
| EquiLend | EquiLend anticipates completing production of its agreed-upon transactional data by early September. |
| Bank of America | Bank of America anticipates completing production of its agreed-upon transactional data in mid-September. |
| Goldman Sachs | Goldman Sachs anticipates completing production of its agreed-upon transactional data in October. |
| Credit Suisse | Credit Suisse anticipates completing production of its agreed-upon transactional data in October or November. |
| UBS | UBS anticipates completing production of its agreed-upon transactional data in October or November. |

Respectfully,

Damaris Hernández

Honorable Katherine Polk Failla
   United States District Court
      Southern District of New York
         40 Foley Square, Room 2103
           New York, NY 10007

VIA ECF AND EMAIL

Copies to:  Counsel of Record

VIA ECF AND EMAIL