UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, et al., <br><br> Plaintiffs, <br><br> - against - <br><br> BANK OF AMERICA CORPORATION, et al. <br><br> Defendants. | 17 Civ. 6221 (KPF) <br><br> **RULE 7.1 STATEMENT** |

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Interested Party Two Sigma Investments, LP states that it has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

Dated: New York, New York
    September 17, 2019

               DAVIS POLK & WARDWELL LLP

               By: /s/ Lawrence Portnoy
                   Lawrence Portnoy

               450 Lexington Avenue
               New York, New York 10017
               (212) 450-4000
               lawrence.portnoy@davispolk.com

               *Attorneys for Interested Party Two Sigma*
                *Investments, LP*