UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, et al., Plaintiffs, -v.- MERRILL LYNCH, PIERCE, FENNER & SMITH INC., et al., Defendants. | 17 Civ. 6221 (KPF) ORDER |
|---|---|

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendants' letter motion to compel Plaintiffs to provide additional responses to Defendants' first interrogatory ("Interrogatory One") (Dkt. #272, 273), and Plaintiffs' letter in opposition (Dkt. #276). The parties' dispute is, in essence, a disagreement over the proper interpretation of the Court's November 6, 2019 Order, in which the Court ordered Plaintiffs to comply with Defendants' Interrogatory One insofar "as it requests that Plaintiffs provide the names of individuals who are mentioned, but not named, in the Amended Complaint, and to whom specific statements are attributed in the Amended Complaint." (Dkt. #240). Plaintiffs' proposed construction of the Court's November 6, 2019 Order is correct. Defendants have not provided the Court with sufficient justification for it to reconsider the scope of that Order. Accordingly, Defendants' motion to compel is DENIED.

SO ORDERED.

Dated: February 21, 2020
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge