# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| NEW YORK | 2112 Pennsylvania Avenue, NW | ROME |
| PARIS | Washington, DC 20037-3229 | MILAN |
| BRUSSELS | T: +1 202 974 1500 | HONG KONG |
| LONDON | F: +1 202 974 1999 | BEIJING |
| FRANKFURT | clearygottlieb.com | BUENOS AIRES |
| COLOGNE | | SÃO PAULO |
| MOSCOW | | ABU DHABI |
| | | SEOUL |

**VIA ECF**                                                                                          May 29, 2020

The Honorable Katherine Polk Failla
United States District Court, S.D.N.Y.
40 Foley Square
New York, NY 10007

Re:  *Iowa Pub. Emps.' Ret. Sys., et al. v. Bank of Am. Corp., et al.*, No. 17-cv-6221 (KPF)

Dear Judge Failla:

     EquiLend respectfully requests leave to file its opposition to plaintiffs' May 26 letter request to quash subpoenas to Gregory DePetris and David Haselkorn under seal.  This request is made pursuant to paragraph 9(C)(ii) of this Court's Individual Rules of Practice.  All parties have consented in this request.

     As explained more fully in our opposition, EquiLend is investigating questionable conduct but has not yet reached a final view about whether misconduct occurred.  EquiLend therefore requests leave to file its opposition under seal in fairness to the individuals involved.

                                            Respectfully yours,

                                            */s/ David Gelfand*

                                            David Gelfand

cc:     All Counsel of Record (via email and ECF)

```
Application GRANTED.  EquiLend may file its opposition under seal,
viewable to the Court and parties only.

Dated:    June 1, 2020                         SO ORDERED.
          New York, New York
```

*[signature: Katherine Polk Failla]*

```
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE
```

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the cities listed above.