quinn emanuel trial lawyers | new york



June 1, 2020



**VIA ECF**

The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Iowa Pub. Emps.' Ret. Sys. et al. v. Bank of Am. Corp. et al.*, No. 17-cv-6221 (KPF)

Dear Judge Failla:

Attached is Plaintiffs' letter motion for leave to submit a reply to EquiLend's May 29 opposition to Plaintiffs' letter motion to quash EquiLend's Subpoenas to Greg DePetris and David Haselkorn. Attached as Exhibit A to this motion is Plaintiffs' proposed reply.

Plaintiffs respectfully request leave to file these materials under seal. The reply and associated motion for leave respond to EquiLend's opposition, itself filed under seal "in fairness to the individuals involved." ECF Nos. 299, 301. Plaintiffs respectfully submit that these materials should be filed under seal for the same reason.

Respectfully submitted,

/s/ Michael B. Eisenkraft
Michael B. Eisenkraft
COHEN MILSTEIN SELLERS & TOLL PLLC

/s/ Daniel L. Brockett
Daniel L. Brockett
QUINN EMANUEL URQUHART & SULLIVAN, LLP

Application GRANTED. Plaintiffs may file the papers referenced in this letter under seal, viewable to the Court and parties only.

Dated:   June 2, 2020
         New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE