UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IOWA PUBLIC EMPLOYEES' RETIREMENT
SYSTEM, *et al.*,

Plaintiffs,

-v.-

MERRILL LYNCH, PIERCE, FENNER &
SMITH INC., *et al.*,

Defendants.

17 Civ. 6221 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

On May 26, 2020, Plaintiffs filed a letter motion to quash Defendant Equilend's document subpoenas of non-party Gregory DePetris and his attorney. (Dkt. #297). On May 29, 2020, Defendant Equilend filed its letter in opposition. (Dkt. #304). On June 3, 2020, Plaintiff filed a letter in reply of its motion to quash. (Dkt. # 306). The Plaintiff and Defendant Equilend are hereby ORDERED to appear for a telephonic conference concerning Plaintiff's letter motion to quash on **June 10, 2020**, at **11:00 a.m.** The dial-in information is as follows: At **11:00 a.m.** the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to **11:00 a.m.**

SO ORDERED.

Dated:      June 5, 2020
            New York, New York

KATHERINE POLK FAILLA
United States District Judge