quinn emanuel trial lawyers | new york     

June 23, 2020



**VIA ECF**

The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Iowa Pub. Emps.' Ret. Sys. et al. v. Bank of Am. Corp. et al.*, No. 17-cv-6221 (KPF)

Dear Judge Failla:

    Plaintiffs respectfully request that the Court's June 10, 2020 hearing transcript (ECF Nos. 310-313) be sealed. The Court has previously granted the parties' requests to file under seal briefings related to Plaintiffs' Letter-Motion to Quash EquiLend's Subpoenas to Greg DePetris and David Haselkorn. *See* ECF No. 301 (granting Defendant EquiLend's request to file under seal their opposition to Plaintiffs' Motion to Quash); ECF No. 305 (granting Plaintiffs' request to file under seal their reply to Defendant EquiLend's opposition). Therefore, Plaintiffs respectfully submit that the related June 10, 2020 transcript should likewise be sealed. EquiLend consents to this request.

Respectfully submitted,

| | |
|---|---|
| */s/ Michael B. Eisenkraft* | */s/ Daniel L. Brockett* |
| Michael B. Eisenkraft | Daniel L. Brockett |
| COHEN MILSTEIN SELLERS & TOLL PLLC | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

```
Application GRANTED.  The June 10, 2020 hearing transcript may be
filed under seal, viewable to the Court and parties only.

Dated:    June 23, 2020             SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE