quinn emanuel trial lawyers | new york





June 24, 2020

**VIA ECF**

The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Iowa Pub. Emps.' Ret. Sys. et al. v. Bank of Am. Corp. et al.*, No. 17-cv-6221 (KPF)

Dear Judge Failla:

    Plaintiffs respectfully request leave for Plaintiffs and EquiLend to file under seal their respective June 24, 2020 briefing and June 26, 2020 reply briefing in the dispute concerning Plaintiffs' Letter-Motion to Quash EquiLend's Subpoenas.  The Court ordered this briefing on June 10, 2020.  ECF No. 310.  This request is made pursuant to this Court's Individual Rules of Practice, paragraph 9(C)(ii).  EquiLend consents to this request.

    The Court has previously granted the parties' requests to file under seal briefings and materials related to Plaintiffs' Letter-Motion to Quash.  *See* ECF Nos. 301, 305, and 315.  Therefore, Plaintiffs respectfully request leave for Plaintiffs and EquiLend to file under seal as to this related briefing.

Respectfully submitted,

| /s/ Michael B. Eisenkraft | /s/ Daniel L. Brockett |
|---|---|
| Michael B. Eisenkraft | Daniel L. Brockett |
| COHEN MILSTEIN SELLERS & TOLL PLLC | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

```
Application GRANTED.

Dated:    June 24, 2020
          New York, New York
```

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE