UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, *et al.*,

Plaintiffs,

-v.-

MERRILL LYNCH, PIERCE, FENNER & SMITH INC., *et al.*,

Defendants.

---

17 Civ. 6221 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendants' letters dated June 24, 2020, and June 26, 2020 (Dkt. #318, 320), and Plaintiffs' letters dated June 24, 2020, and June 26, 2020 (Dkt. #319, #321), and would like to have a conference with the parties to discuss the issues raised in those letters. The parties are hereby ORDERD to appear for a telephonic conference on July 23, 2020, at 2:00 p.m. At 2:00 p.m. the parties shall call (888) 363-4749 and enter access code 5123533.  Please note, the conference will not be available prior to 2:00 p.m. The Court encourages the parties to designate one person from each side to speak to these issues.

SO ORDERED.

Dated:   July 17, 2020
         New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge