# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| NEW YORK | 2112 Pennsylvania Avenue, NW | ROME |
| PARIS | Washington, DC 20037-3229 | MILAN |
| BRUSSELS | T: +1 202 974 1500 | HONG KONG |
| LONDON | F: +1 202 974 1999 | BEIJING |
| FRANKFURT | clearygottlieb.com | BUENOS AIRES |
| COLOGNE | | SÃO PAULO |
| MOSCOW | | ABU DHABI |
| | | SEOUL |

July 20, 2020

<u>VIA ECF</u>



The Honorable Katherine Polk Failla
United States District Court, S.D.N.Y.
40 Foley Square
New York, NY 10007

Re:   *Iowa Pub. Emps.' Ret. Sys., et al. v. Bank of Am. Corp., et al.*, No. 17-cv-6221 (KPF)

Dear Judge Failla,

    EquiLend respectfully requests leave to file its supplemental submission under seal.  This request is made pursuant to paragraph 9(C)(ii) of this Court's Individual Rules of Practice, and for the same reasons cited in EquiLend's prior motion to seal, as it discusses the same facts and implicates the same interest of fairness to the individuals involved.

Respectfully submitted,

*/s/ David Gelfand*

David Gelfand

cc: All Counsel of Record (via email and ECF)

---

Application GRANTED.  Defendants' July 20, 2020 submission may be filed under seal, viewable to the Court and parties only.

Dated:   July 21, 2020
        New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the cities listed above.