quinn emanuel trial lawyers | new york



July 21, 2020



VIA ECF

The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Iowa Pub. Emps.' Ret. Sys. et al. v. Bank of Am. Corp. et al.*, No. 17-cv-6221 (KPF)

Dear Judge Failla:

Plaintiffs respectfully request leave to file under seal their reply to Defendant EquiLend's July 20, 2020 letter (ECF No. 330), concerning the deposition of Mr. Molokhia. Defendant EquiLend requested that their letter be filed under seal (ECF No. 329), which the Court granted (ECF No. 331). This request is made pursuant to this Court's Individual Rules of Practice, paragraph 9(C)(ii).

The Court has previously granted the parties' requests to file under seal briefings and materials related to consulting experts. *See* ECF Nos. 301, 305, 315, 317, and 331. Therefore, Plaintiffs respectfully request leave to file under seal this related letter.

Respectfully submitted,

/s/ Michael B. Eisenkraft
Michael B. Eisenkraft
COHEN MILSTEIN SELLERS & TOLL PLLC

/s/ Daniel L. Brockett
Daniel L. Brockett
QUINN EMANUEL URQUHART & SULLIVAN, LLP

```
Application GRANTED. Plaintiffs' reply to Defendant EquiLend's July
20, 2020 letter (Dkt. #330) may be filed under seal, viewable to
the Court and parties only.

Dated:    July 21, 2020              SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE