quinn emanuel trial lawyers | new york



July 31, 2020

**VIA ECF**



The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Iowa Pub. Emps.' Ret. Sys. et al. v. Bank of Am. Corp. et al.*, No. 17-cv-6221 (KPF)

Dear Judge Failla:

    Plaintiffs respectfully request leave to file under seal Exhibit A to their July 31 letter to the court, concerning the July 23 teleconference. This request is made pursuant to this Court's Individual Rules of Practice, paragraph 9(C)(ii). Exhibit A is a transcript of the Court's conference held on July 23. Previous filings and transcripts relating to this matter have been filed under seal, and the issues discussed in the conference transcript include the material filed under seal in those filings to preserve personal privacy concerns of individuals involved. *See* ECF Nos. 301, 305, 315, 317, and 331. Therefore, Plaintiffs respectfully request leave to file under seal this Exhibit A.

Respectfully submitted,

*/s/ Michael B. Eisenkraft*
Michael B. Eisenkraft
COHEN MILSTEIN SELLERS & TOLL PLLC

*/s/ Daniel L. Brockett*
Daniel L. Brockett
QUINN EMANUEL URQUHART & SULLIVAN, LLP

```
Application GRANTED. Exhibit A to Plaintiffs' July 31, 2020
letter (Dkt. #337) may be filed under seal, viewable to the
Court and parties only.

Dated:    July 31, 2020              SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE