

August 11, 2020

<u>Via ECF</u>



The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Iowa Pub. Emps.' Ret. Sys. et al. v. Bank of Am. Corp. et al.*, No. 17-cv-6221 (KPF)

Dear Judge Failla:

      Plaintiffs respectfully request that the Court's July 23, 2020 hearing transcript (ECF Nos. 342 and 343) be sealed. The Court has previously granted the parties' requests to file under seal briefings related to Plaintiffs' Letter-Motion to Quash EquiLend's Subpoenas to Greg DePetris and David Haselkorn. *See e.g.*, ECF No. 301 (granting Defendant EquiLend's request to file under seal its opposition to Plaintiffs' Motion to Quash); ECF No. 305 (granting Plaintiffs' request to file under seal their reply to Defendant EquiLend's opposition); ECF No. 315 (granting Plaintiffs' request to seal the June 10, 2020 hearing transcript). Therefore, Plaintiffs respectfully submit that the related July 23, 2020 transcript should likewise be sealed. EquiLend consents to this request.

Respectfully submitted,

| | |
|---|---|
| */s/ Michael B. Eisenkraft* | */s/ Daniel L. Brockett* |
| Michael B. Eisenkraft | Daniel L. Brockett |
| COHEN MILSTEIN SELLERS & TOLL PLLC | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

```
Application GRANTED. The Clerk of Court is directed to file the
July 23, 2020 hearing transcript (Dkt. #342) under seal, viewable
to the Court and parties only.

Dated:    August 11, 2020               SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE