quinn emanuel trial lawyers | new york



August 17, 2020

**VIA ECF**

MEMO ENDORSED

The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Iowa Pub. Emps.' Ret. Sys. et al. v. Bank of Am. Corp. et al.*, No. 17-cv-6221 (KPF)

Dear Judge Failla:

    Plaintiffs write to request leave to file under seal their Letter Motion to Compel the Deposition of James Gorman. The motion discusses and attaches as exhibits material the Producing Parties have designated "Confidential" under the Court's Protective Order. *See* ECF No. 150. The Protective Order requires that the parties designate confidential material when they reasonably and in good faith believe that the material constitutes or reveals trade secrets, proprietary business information, non-public personal, client, or customer information concerning individuals or entities, or meets criteria constituting personal data. *See id.* § 2.5. Plaintiffs have not independently verified designations made by Defendants or Third Parties but rely on their designations in requesting leave to file under seal. *See id.* § 9.

    Plaintiffs therefore request leave to file their Letter Motion to Compel the Deposition of James Gorman and its exhibits under seal.

Respectfully submitted,

| | |
|---|---|
| */s/ Michael B. Eisenkraft* | */s/ Daniel L. Brockett* |
| Michael B. Eisenkraft | Daniel L. Brockett |
| COHEN MILSTEIN SELLERS & TOLL PLLC | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

```
Application GRANTED.

Dated:    August 17, 2020           SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE