# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

| | |
|---|---|
| JOHN W. WHITE | DAVID R. MARRIOTT |
| EVAN R. CHESLER | MICHAEL A. PASKIN |
| RICHARD W. CLARY | ANDREW J. PITTS |
| STEPHEN L. GORDON | MICHAEL T. REYNOLDS |
| ROBERT H. BARON | ANTONY L. RYAN |
| DAVID MERCADO | GEORGE E. ZOBITZ |
| CHRISTINE A. VARNEY | GEORGE A. STEPHANAKIS |
| PETER T. BARBUR | DARIN P. MCATEE |
| THOMAS G. RAFFERTY | GARY A. BORNSTEIN |
| MICHAEL S. GOLDMAN | TIMOTHY G. CAMERON |
| RICHARD HALL | KARIN A. DEMASI |
| JULIE A. NORTH | DAVID S. FINKELSTEIN |
| ANDREW W. NEEDHAM | DAVID GREENWALD |
| STEPHEN L. BURNS | RACHEL G. SKAISTIS |
| KATHERINE B. FORREST | PAUL H. ZUMBRO |
| KEITH R. HUMMEL | ERIC W. HILFERS |
| DAVID J. KAPPOS | GEORGE F. SCHOEN |
| DANIEL SLIFKIN | ERIK R. TAVZEL |
| ROBERT I. TOWNSEND, III | CRAIG F. ARCELLA |
| PHILIP J. BOECKMAN | DAMIEN R. ZOUBEK |
| WILLIAM V. FOGG | LAUREN ANGELILLI |
| FAIZA J. SAEED | TATIANA LAPUSHCHIK |
| RICHARD J. STARK | ALYSSA K. CAPLES |
| THOMAS E. DUNN | JENNIFER S. CONWAY |
| MARK I. GREENE | MINH VAN NGO |
| KEVIN J. ORSINI | NICHOLAS A. DORSEY |
| MATTHEW MORREALE | ANDREW C. ELKEN |
| JOHN D. BURETTA | JENNY HOCHENBERG |
| J. WESLEY EARNHARDT | VANESSA A. LAVELY |
| YONATAN EVEN | G.J. LIGELIS JR. |
| BENJAMIN GRUENSTEIN | MICHAEL E. MARIANI |
| JOSEPH D. ZAVAGLIA | LAUREN R. KENNEDY |
| STEPHEN M. KESSING | SASHA ROSENTHAL-LARREA |
| LAUREN A. MOSKOWITZ | ALLISON M. WEIN |
| DAVID J. PERKINS | MICHAEL P. ADDIS |
| JOHNNY G. SKUMPIJA | JUSTIN C. CLARKE |
| J. LEONARD TETI, II | SHARONMOYEE GOSWAMI |
| D. SCOTT BENNETT | C. DANIEL HAAREN |
| TING S. CHEN | EVAN MEHRAN NORRIS |
| CHRISTOPHER K. FARGO | LAUREN M. ROSENBERG |
| KENNETH C. HALCOM | |
| DAVID M. STUART | SPECIAL COUNSEL |
| AARON M. GRUBER | SAMUEL C. BUTLER |
| O. KEITH HALLAM, III | |
| OMID H. NASAB | |
| DAMARIS HERNÁNDEZ | |
| JONATHAN J. KATZ | OF COUNSEL |
| MARGARET SEGALL D'AMICO | MICHAEL L. SCHLER |
| RORY A. LERARIS | CHRISTOPHER J. KELLY |
| KARA L. MUNGOVAN | |

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1438
+1-212-474-1760
+1-212-474-1486
+1-212-474-1159

WRITER'S EMAIL ADDRESS
dslifkin@cravath.com
mpaskin@cravath.com
dhernandez@cravath.com
lrosenberg@cravath.com

**MEMO ENDORSED**

August 20, 2020

<u>Iowa Pub. Emps.' Ret. Sys. et al. v. Bank of Am. Corp. et al.</u>, No. 1:17-cv-06221-KPF (S.D.N.Y.)

Dear Judge Failla:

      Morgan Stanley writes to request an order granting leave to file under seal its Opposition to Plaintiffs' Letter Motion to Compel the Deposition of James Gorman (Dkt. 351). Plaintiffs' Letter Motion to Compel the Deposition of James Gorman was filed under seal because "[t]he motion discusses and attaches as exhibits material the Producing Parties have designated 'Confidential' under the Court's Protective Order."  Dkt. 350, 352; *see* Dkt. 150. Morgan Stanley respectfully submits that these materials should be filed under seal for the same reason.

      Respectfully,

      /s/ *Michael A. Paskin*

      Daniel Slifkin
      Michael A. Paskin
      Damaris Hernández
      Lauren M. Rosenberg

      *Attorneys for Defendants Morgan Stanley & Co. LLC, Prime Dealer Services Corp., and Strategic Investments I, Inc.*

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

VIA ECF AND EMAIL

Copies to:  Counsel of Record

VIA ECF AND EMAIL

Application GRANTED.

Dated:     August 20, 2020          SO ORDERED.
           New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE