**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, *et al*., | Docket No.: 1:17-cv-06221-KPF |
| Plaintiffs, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| BANK OF AMERICA CORPORATION, *et al*., | |
| Defendants. | |

PLEASE TAKE NOTICE that effective September 1, 2020, the law firm of Cahill

Gordon & Reindel LLP will be relocating to 32 Old Slip, New York, New York 10005. All facsimile,

telephone numbers, and email addresses will remain the same.


CAHILL GORDON & REINDEL LLP

By:   /s/ David G. Januszewski

David G. Januszewski
Elai Katz
Herbert S. Washer
Jason M. Hall
Jonathan D. Thier
Sheila C. Ramesh
Margaret Barone
32 Old Slip
New York, New York 10005
Telephone: (212) 701-3000
djanuszewski@cahill.com
ekatz@cahill.com
hwasher@cahill.com
jhall@cahill.com
jthier@cahill.com
sramesh@cahill.com
mbarone@cahill.com

*Attorneys for Defendants Credit Suisse AG,*
*Credit Suisse Group AG, Credit Suisse Securities*
*(USA) LLC and Credit Suisse First Boston Next Fund,*
*Inc.*