UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>　　　　　Defendants. | Case No. 17-cv-6221 (KPF) |

### [PROPOSED] STIPULATED ORDER REGARDING EXTENSION OF TIME TO RESPOND TO REQUESTS FOR ADMISSION AND CONTENTION INTERROGATORIES

WHEREAS, the parties exchanged requests for admission and contention interrogatories pursuant to Rule 33.3(c) of the Local Civil Rules of the Southern District of New York on August 19, 2020, the deadline set forth in the operative scheduling order (Dkt. 298);

WHEREAS, the parties conferred and agreed that, given the pendency of depositions and third-party document discovery between now and the October 16, 2020 fact discovery deadline, the thirty (30) day period to respond pursuant to Rules 33(b)(2) and 36(a)(3) of the Federal Rules of Civil Procedure would be unduly burdensome;

WHEREAS, the parties agreed to jointly request to extend the deadline by which to respond to requests for admission and contention interrogatories to November 16, 2020;

NOW, THEREFORE, the parties jointly request that the Court order that the parties shall respond to requests for admission and contention interrogatories by November 16, 2020.  All other dates set forth in the Court's Fourth Amended Civil Management Plan and Scheduling Order (Dkt. 298) will remain unchanged by this order.

DATED:  August 27, 2020

| | |
|---|---|
| */s/* Michael B. Eisenkraft | */s/* Daniel L. Brockett |
| Michael B. Eisenkraft | Daniel L. Brockett |
| Christopher Bateman | Sascha N. Rand |
| David O. Fisher (pro hac vice) | Steig D. Olson |
| COHEN MILSTEIN SELLERS & TOLL PLLC | Deborah K. Brown |
| | Daniel P. Mach |
| 88 Pine Street, 14th Floor | David LeRay |
| New York, New York 10005 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Telephone: (212) 838-7797 | 51 Madison Avenue, 22nd Floor |
| Fax: (212) 838-7745 | New York, New York 10010 |
| meisenkraft@cohenmilstein.com | Telephone: (212) 849-7000 |
| cbateman@cohenmilstein.com | danbrockett@quinnemanuel.com |
| dfisher@cohenmilstein.com | sascharand@quinnemnuel.com |
| | steigolson@quinnemanuel.com |
| Julie Goldsmith Reiser (pro hac vice) | deborahbrown@quinnemanuel.com |
| Emmy L. Levens (pro hac vice) | danielmach@quinnemanuel.com |
| Daniel McCuaig (pro hac vice) | davidleray@quinnemanuel.com |
| Robert W. Cobbs | |
| 1100 New York Ave NW, Suite 500 | Jeremy D. Andersen (pro hac vice) |
| Washington, DC 20005 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Telephone: (202) 408-4600 | 865 South Figueroa Street, 10th Floor |
| Fax: (202) 408-4699 | Los Angeles, California 90017 |
| jreiser@cohenmilstein.com | Telephone: (213) 443-3000 |
| elevens@cohenmilstein.com | jeremyandersen@quinnemanuel.com |
| dmccuaig@cohenmilstein.com | |
| rcobbs@cohenmilstein.com | |
| | |
| ***Attorneys for Plaintiffs Iowa Public Employees' Retirement System, Los Angeles County Employees Retirement Association, Orange County Employees Retirement System, Sonoma County Employees' Retirement Association, and Torus Capital, LLC*** | ***Attorneys for Plaintiffs Iowa Public Employees' Retirement System, Los Angeles County Employees Retirement Association, Orange County Employees Retirement System, Sonoma County Employees' Retirement Association, and Torus Capital, LLC*** |

Peter Safirstein
SAFIRSTEIN METCALF LLP
350 Fifth Avenue, 59th Floor
New York, New York 10118
Telephone: (212) 201-2845
psafirstein@safirsteinmetcalf.com

***Counsel for Torus Capital, LLC***

| | |
|---|---|
| /s/ Richard F. Schwed | /s/ Jason M. Hall |
| Adam S. Hakki | David G. Januszewski |
| Richard F. Schwed | Herbert S. Washer |
| SHEARMAN & STERLING LLP | Elai Katz |
| 599 Lexington Avenue | Jason M. Hall |
| New York, NY 10022 | Sheila C. Ramesh |
| Telephone: (212) 848-4000 | Margaret A. Barone |
| ahakki@shearman.com | CAHILL GORDON & REINDEL LLP |
| rschwed@shearman.com | 80 Pine Street |
| | New York, NY 10005 |
| Michael P. Mitchell | Telephone: (212) 701-3000 |
| 401 9th Street, N.W. | djanuszewski@cahill.com |
| Washington, D.C. 20004 | hwasher@cahill.com |
| Telephone: (202) 508-8100 | ekatz@cahill.com |
| michael.mitchell@shearman.com | jhall@cahill.com |
| | sramesh@cahill.com |
| | mbarone@cahill.com |
| ***Attorneys for Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated, Merrill Lynch L.P. Holdings, Inc., and Merrill Lynch Professional Clearing Corp.*** | ***Attorneys for Defendants Credit Suisse AG, Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Next Fund, Inc., and Credit Suisse Prime Securities Services (USA) LLC*** |

| | |
|---|---|
| /s/ Alexis Collins | /s/ Staci Yablon |
| David I. Gelfand (*pro hac vice*) | Robert Y. Sperling |
| Alexis Collins (*pro hac vice*) | WINSTON & STRAWN LLP |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | 35 West Wacker Drive |
| 2112 Pennsylvania Ave., NW | Chicago, IL 60601 |
| Washington, DC 20037 | Telephone: (312) 558-7941 |
| Telephone: (202) 974-1690 | rsperling@winston.com |
| dgelfand@cgsh.com | |
| alcollins@cgsh.com | George E. Mastoris |
| | Staci Yablon |
| Carmine D. Boccuzzi, Jr. | 200 Park Avenue |
| One Liberty Plaza | New York, New York 10166-4193 |
| New York, NY 10006 | Telephone: (212) 294-6700 |
| Telephone: (212) 225-2508 | gmastoris@winston.com |
| cboccuzzi@cgsh.com | syablon@winston.com |
| | |
| ***Attorneys for Defendants EquiLend LLC, EquiLend Europe Limited, and EquiLend Holdings LLC*** | Richard C. Pepperman, II |
| | SULLIVAN & CROMWELL LLP |
| | 125 Broad Street |
| | New York, NY 10004 |
| | Telephone: (212) 558-4000 |
| | peppermanr@sullcrom.com |
| | |
| | ***Attorneys for Defendant Goldman Sachs & Co. LLC*** |

4

| | |
|---|---|
| /s/ Henry Liu | /s/ Lauren M. Rosenberg |
| Robert D. Wick | Daniel Slifkin |
| Henry B. Liu | Michael A. Paskin |
| John S. Playforth | Damaris Hernández |
| COVINGTON & BURLING LLP | Lauren M. Rosenberg |
| One CityCenter | CRAVATH, SWAINE & MOORE LLP |
| 850 Tenth Street, NW | Worldwide Plaza |
| Washington, DC 20001 | 825 Eighth Avenue |
| Telephone: (202) 662-6000 | New York, NY 10019 |
| rwick@cov.com | Telephone: (212) 474-1000 |
| hliu@cov.com | dslifkin@cravath.com |
| jplayforth@cov.com | mpaskin@cravath.com |
| | dhernandez@cravath.com |
| | lrosenberg@cravath.com |

**Attorneys for Defendants J.P. Morgan Chase Bank, N.A., J.P. Morgan Securities LLC, J.P. Morgan Prime, Inc., and J.P. Morgan Strategic Securities Lending Corp.**

**Attorneys for Defendants Morgan Stanley & Co. LLC, Prime Dealer Services Corp., and Strategic Investments I, Inc.**

/s/ Peter G. Wilson
Alan J. Brudner
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-8800
alan.brudner@kattenlaw.com

David C. Bohan
Peter G. Wilson
Sarah K. Weber
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: (312) 902-5200
david.bohan@kattenlaw.com
peter.wilson1@kattenlaw.com

**Attorneys for Defendants UBS AG, UBS Americas Inc., UBS Securities LLC, and UBS Financial Services Inc.**

IT IS SO ORDERED.

DATED: _____  _____
THE HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

IT IS SO ORDERED.

DATED: _____  _____
THE HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK