UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br><br>     Plaintiffs,<br><br>    -v.-<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC., *et al.*,<br><br>     Defendants. | 17 Civ. 6221 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  The pre-trial conference currently scheduled for November 3, 2020, at 3:30 p.m. shall take place by teleconference on November 6, 2020, at 3:00 p.m. At 3:00 p.m., the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 3:00 p.m.

  SO ORDERED.

Dated: October 21, 2020
     New York, New York

                   KATHERINE POLK FAILLA
                   United States District Judge