UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, *et al.*,

    Plaintiffs,

- against -

BANK OF AMERICA CORPORATION, *et al.*,

    Defendants.

No. 17 Civ. 6221 (KPF)

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 1.4 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, David C. Bohan hereby move this Court for leave to withdraw as one of the attorneys of record for defendants UBS AG, UBS Americas Inc., UBS Securities LLC and UBS Financial Services Inc. (collectively, "UBS") in the above-captioned action. In connection with my withdrawal as counsel, I further request that the clerk of the Court remove my name from the CM/ECF service list for this matter.

In support of this motion, I state as follows:

1. I am a member of the bar of this Court; I am of counsel with the law firm Katten Muchin Rosenman LLP ("Katten"); and I am one of the attorneys of record for UBS.

2. As of November 1, 2020, I will no longer be associated with Katten.

3. Following my withdrawal from Katten and from this matter, UBS will continue to be represented by Katten attorneys Peter G. Wilson, Alan J. Brudner, Sarah K. Weber, Elliott M. Bacon, Michaela C. Holcombe and Benjamin C. Levine.

4. The case is not set for trial. My withdrawal will not occasion a request for an extension of any deadlines in the case.

5. I am not asserting a retaining or charging lien in connection with my departure.

6. Pursuant to Local Rule 1.4, a copy of this motion is being served upon UBS and all other parties.

Dated: October 27, 2020

Respectfully submitted,

*/s/ David C. Bohan*

David C. Bohan
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5566
Facsimile: (312) 902-1061
david.bohan@katten.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 27, 2020, I caused the foregoing Motion to Withdraw as Counsel to be served via the CM/ECF system in the United States District Court for the Southern District of New York on all parties registered for CM/ECF and by U.S. Mail upon UBS AG, UBS Americas Inc., UBS Securities LLC and UBS Financial Services Inc.

                                          */s/ David C. Bohan*
                                          David C. Bohan