CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| NEW YORK | 2112 Pennsylvania Avenue, NW | ROME |
| PARIS | Washington, DC 20037-3229 | MILAN |
| BRUSSELS | T: +1 202 974 1500 | HONG KONG |
| LONDON | F: +1 202 974 1999 | BEIJING |
| FRANKFURT | clearygottlieb.com | BUENOS AIRES |
| COLOGNE | | SÃO PAULO |
| MOSCOW | D: +1 202 974 1690 | ABU DHABI |
| | dgelfand@cgsh.com | SEOUL |

MEMO ENDORSED

November 2, 2020

**VIA ECF AND EMAIL**

The Honorable Katherine Polk Failla
United States District Court, S.D.N.Y.
40 Foley Square
New York, NY 10007

   Re: *Iowa Pub. Emps.' Ret. Sys., et al. v. Bank of Am. Corp., et al.*,
     Case No. 17-cv-6221 (KPF) (S.D.N.Y.)

Dear Judge Failla:

  EquiLend respectfully requests leave to file its pre-motion letter provisionally under seal until such time as the Court can determine whether this filing should remain sealed. This request is made pursuant to paragraph 9(C)(ii) of this Court's Individual Rules of Practice.

  Prior briefing related to the subject matter of this pre-motion letter was filed under seal out of fairness to the individuals involved, as EquiLend was still investigating the relevant facts and had not yet reached its own determination of misconduct. EquiLend now has a sufficient record on which to base a motion for sanctions. The basis for filing the prior briefing under seal therefore no longer exists, and EquiLend is not aware of any other basis for future briefing to occur under seal, but has filed this letter provisionally under seal to afford plaintiffs an opportunity to express their views and the Court an opportunity to decide the matter.

               Respectfully yours,

               */s/ David I. Gelfand*

               David Gelfand

cc: All Counsel of Record (via email and ECF)

Application GRANTED. Defendant shall file their letter under seal, visible only to the Court and parties.

               SO ORDERED.

Dated: November 2, 2020
    New York, New York

*[signature: Katherine Polk Failla]*

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the cities listed above.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE