# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| NEW YORK | 2112 Pennsylvania Avenue, NW | ROME |
| PARIS | Washington, DC 20037-3229 | MILAN |
| BRUSSELS | T: +1 202 974 1500 | HONG KONG |
| LONDON | F: +1 202 974 1999 | BEIJING |
| FRANKFURT | clearygottlieb.com | BUENOS AIRES |
| COLOGNE | | SÃO PAULO |
| MOSCOW | D: +1 202 974 1690 | ABU DHABI |
| | dgelfand@cgsh.com | SEOUL |



November 3, 2020

**VIA ECF AND EMAIL**

The Honorable Katherine Polk Failla
United States District Court, S.D.N.Y.
40 Foley Square
New York, NY 10007

    Re:  *Iowa Pub. Emps.' Ret. Sys., et al. v. Bank of Am. Corp., et al.*,
          Case No. 17-cv-6221 (KPF) (S.D.N.Y.)

Dear Judge Failla:

    EquiLend respectfully requests leave to file its pre-motion reply letter provisionally under seal until such time as the Court can determine whether this filing should remain sealed.  This request is made pursuant to paragraph 9(C)(ii) of this Court's Individual Rules of Practice.

    As EquiLend noted in its motion to seal its November 2 letter, we are not aware of any continuing basis for future briefing to occur under seal, but have filed this letter provisionally under seal to afford plaintiffs an opportunity to express their views and the Court an opportunity to decide the matter.

                             Respectfully yours,

                             */s/ David I. Gelfand*

                             David Gelfand

cc:     All Counsel of Record (via email and ECF)

---

```
Application GRANTED.

Dated:  November 4, 2020
        New York, New York
```

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the cities listed above.