# CLEARY GOTTLIEB STEEN & HAMILTON LLP

NEW YORK

PARIS

BRUSSELS

LONDON

FRANKFURT

COLOGNE

MOSCOW

2112 Pennsylvania Avenue, NW
Washington, DC 20037-3229
T: +1 202 974 1500
F: +1 202 974 1999

clearygottlieb.com

D: +1 202 974 1690
dgelfand@cgsh.com

ROME

MILAN

HONG KONG

BEIJING

BUENOS AIRES

SÃO PAULO

ABU DHABI

SEOUL

November 20, 2020



**<u>VIA ECF AND EMAIL</u>**

The Honorable Katherine Polk Failla
United States District Court, S.D.N.Y.
40 Foley Square
New York, NY 10007

Re: *Iowa Pub. Emps.' Ret. Sys., et al. v. Bank of Am. Corp., et al.*,
Case No. 17-cv-6221 (KPF) (S.D.N.Y.)

Dear Judge Failla:

EquiLend respectfully requests leave to file its brief in support of a motion for remedial order and related declarations and exhibits under seal.

EquiLend requests to file its brief under seal pursuant to the Court's request to counsel at the November 6 conference, in order to give the Court an opportunity to consider whether the brief should remain under seal. As we noted at that conference, we are not aware of any basis for this document to remain under seal. The Declaration of Christian J. Mahoney and the exhibit attached to that declaration have been filed under seal for the same reason and we are aware of no reason why these documents should remain under seal.

EquiLend requests that the Declaration of Garrett D. Shinn and the exhibits attached to that declaration remain under seal even if the Court chooses to place the brief on the public docket. The attached exhibits include materials that have been designated Confidential or Highly Confidential under the Protective Order in this case, including deposition transcripts and business documents that discuss business confidential matters.

Respectfully yours,

*/s/ David I. Gelfand*

David Gelfand

cc:     All Counsel of Record (via email and ECF)

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the cities listed above.

Application GRANTED.  Defendant EquiLend's submissions in support of
its motion for a remedial order shall be filed under seal, viewable
only to the Court and parties.

Dated:       November 20, 2020            SO ORDERED.
             New York, New York

                                          HON. KATHERINE POLK FAILLA
                                          UNITED STATES DISTRICT JUDGE