# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| NEW YORK | 2112 Pennsylvania Avenue, NW | ROME |
| PARIS | Washington, DC 20037-3229 | MILAN |
| BRUSSELS | T: +1 202 974 1500 | HONG KONG |
| | F: +1 202 974 1999 | BEIJING |
| LONDON | | BUENOS AIRES |
| FRANKFURT | clearygottlieb.com | SÃO PAULO |
| COLOGNE | D: +1 202 974 1690 | ABU DHABI |
| MOSCOW | dgelfand@cgsh.com | SEOUL |

January 5, 2021



**VIA ECF AND EMAIL**

The Honorable Katherine Polk Failla
United States District Court, S.D.N.Y.
40 Foley Square
New York, NY 10007

    Re:  *Iowa Pub. Emps.' Ret. Sys., et al. v. Bank of Am. Corp., et al.*,
          Case No. 17-cv-6221 (KPF) (S.D.N.Y.)

Dear Judge Failla:

    EquiLend respectfully requests leave to file its reply in support of a motion for remedial order under seal.

    EquiLend requests to file its reply under seal pursuant to the Court's request to counsel at the November 6 conference, in order to give the Court an opportunity to consider whether the briefing relating to EquiLend's motion should remain under seal.

                                                        Respectfully yours,

                                                        */s/ David I. Gelfand*

                                                        David Gelfand

cc:    All Counsel of Record (via email and ECF)

---

```
Application GRANTED.  Defendant's reply submission shall be filed under seal,
viewable only to the Court and the parties.

Dated:    January 5, 2021                    SO ORDERED.
          New York, New York

                                             [signature]

                                             HON. KATHERINE POLK FAILLA
                                             UNITED STATES DISTRICT JUDGE
```