UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, *et al.*,

          Plaintiffs,

-v.-

MERRILL LYNCH, PIERCE, FENNER & SMITH INC., *et al.*,

          Defendants.

17 Civ. 6221 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

In order to accommodate the parties' extended discovery schedule, by Stipulation dated January 25, 2021, the Court granted a 45-day extension of the deadline for briefing the pending motion for class certification, from August 30, 2021, to September 21, 2021. (*See* Dkt. #410). In so doing, the Court has allowed the briefing on Plaintiffs' motion for class certification to be filed over a period of seven months. However, in granting this request as a courtesy to the parties, the Court has complicated its own administrative calendar; in particular, the current briefing schedule forecloses the Court's ability to comply with certain semi-annual reporting obligations to Congress. To permit the Court to comply with its obligations without shortening the briefing schedule or discovery, the Court will terminate the pending motion for class certification — solely as an administrative matter — and it requests that Plaintiffs refile their Notice of Motion for Class Certification at the time they file their reply brief, on or before September 21, 2021, as a courtesy to the Court.

For avoidance of doubt, the Court confirms that the briefing schedule set pursuant to docket entry number 410 remains in effect.

The Clerk of Court is directed to terminate the motion pending at docket entry number 411.

SO ORDERED.

Dated:    March 26, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge