# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1760

WRITER'S EMAIL ADDRESS
MPaskin@cravath.com

June 10, 2021

*Iowa Pub. Emps.' Ret. Sys. et al. v. Bank of Am. Corp. et al.*, No. 1:17-cv-06221-KPF (S.D.N.Y.)

Dear Judge Failla:

We write on behalf of Defendants regarding page limits for Defendants' forthcoming memorandum of law in opposition to Plaintiffs' motion for class certification. This Court previously granted a page limit of fifty (50) pages for Plaintiffs' motion for class certification (ECF No. 410). Defendants respectfully request that the same page limit apply for Defendants' memorandum of law in opposition to Plaintiffs' motion for class certification. Plaintiffs consent to this request.

Sincerely,

*/s/ Michael A. Paskin*

Michael A. Paskin

*Attorney for Defendants Morgan Stanley & Co. LLC, Prime Dealer Services Corp., and Strategic Investments I, Inc.*

Honorable Katherine Polk Failla
   United States District Court
     Southern District of New York
       40 Foley Square, Room 2103
         New York, NY 10007

VIA ECF AND EMAIL