UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br><br>                           Plaintiffs,<br><br>                    -v.-<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC., *et al.*,<br><br>                           Defendants. | 17 Civ. 6221 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      The parties are hereby ORDERED to appear for an oral decision on Defendant Equilend's pending motion for sanctions on July 8, 2021, at 10:00 a.m. At the scheduled time, the parties shall call (888) 363-4749 and enter access code 5123533. Please note that the conference will not be available until 10:00 a.m.

      SO ORDERED.

Dated:    July 6, 2021
             New York, New York

                                                          KATHERINE POLK FAILLA
                                                        United States District Judge