UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, et al., <br>    Plaintiffs <br><br> v. <br><br> BANK OF AMERICA CORPORATION, et al., <br>    Defendants | No. 17-cv-6221 (KPF) |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that upon the accompanying Declaration of Alexis L. Collins, Alexis L. Collins will move this Court, at the United States Courthouse, 40 Foley Square, New York, New York, on a day and time to be determined by the Court, pursuant to this Court's Local Civil Rule 1.4, for leave to withdraw as counsel for Defendants Equilend LLC, Equilend Holdings LLC, and Equilend Europe Limited ("Equilend").

PLEASE TAKE FURTHER NOTICE that attorneys of Cleary Gottlieb Steen & Hamilton LLP will continue as counsel for Equilend.

Dated: Washington, DC
       July 8, 2021

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:   */s/ Alexis L. Collins*
      Alexis L. Collins

      Cleary Gottlieb Steen & Hamilton LLP
      2112 Pennsylvania Avenue, NW
      Washington, DC 20037
      Telephone:  (202) 974-1500
      *alcollins@cgsh.com*