UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br><br>                              Plaintiffs,<br><br>                    -v.-<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC., *et al.*,<br><br>                              Defendants. | 17 Civ. 6221 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

For the reasons articulated on the record on July 8, 2021, Defendant EquiLend's motion for sanctions is DENIED. The Clerk of Court is directed to terminate the motion pending at docket entry number 387.

SO ORDERED.

Dated:   July 8, 2021
         New York, New York

                                         _____
                                            KATHERINE POLK FAILLA
                                            United States District Judge