quinn emanuel trial lawyers | new york



August 13, 2021

**MEMO ENDORSED**

**VIA ECF**

The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Iowa Pub. Emps.' Ret. Sys. et al. v. Bank of Am. Corp. et al.*, No. 17-cv-6221 (KPF)

Dear Judge Failla:

    Plaintiffs respectfully request leave, pursuant to paragraph 9(c)(ii) of this Court's Individual Rules of Practice, to file the attached redacted update to the Court regarding Plaintiffs' letter-motion. (ECF No. 444).

    Defendants have requested that the names of individuals mentioned in Plaintiffs' letter-motion be redacted. (*See, e.g.*, ECF Nos. 445, 452, 456.) The same reasons supporting the redaction of the prior filings support redacting this one.

Respectfully submitted,

| | |
|---|---|
| */s/ Michael B. Eisenkraft* | */s/ Daniel L. Brockett* |
| Michael B. Eisenkraft | Daniel L. Brockett |
| COHEN MILSTEIN SELLERS & TOLL PLLC | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

---

Application GRANTED.  The redacted portions of Plaintiffs' submission (Dkt. #459) referenced above may be filed under seal, viewable only to the parties and the Court.

The Clerk of Court is directed to terminate the motion pending at docket entry 460.

Date:   August 16, 2021
        New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE