UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br><br>       Plaintiffs,<br><br>     -v.-<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC., *et al.*,<br><br>       Defendants. | 17 Civ. 6221 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  For substantially the same reasons outlined in Defendants' reply to Plaintiffs' letter motion to compel additional depositions (Dkt. #453, 454), Plaintiffs' request that this Court authorize, following the close of fact discovery, depositions of certain fact witnesses who submitted declarations in connection with Defendants' opposition to class certification (Dkt. #444, 446, 457) is hereby DENIED.  Provided that, however, Plaintiffs may depose the one fact witness who has consented to be deposed. (*See* Dkt. #459, 461).

  The Clerk of Court is directed to terminate the pending motions at docket entries 444, 446, and 457.

  SO ORDERED.

Dated: August 17, 2021
     New York, New York

                      _____
                       KATHERINE POLK FAILLA
                       United States District Judge