**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br><br> Defendants. | No.  17-cv-6221 (KPF) |

**PLAINTIFFS' RENEWED NOTICE OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

PLEASE TAKE NOTICE that Plaintiffs, through their undersigned counsel, hereby respectfully move this Court for an order pursuant to Rule 23 of the Federal Rules of Civil Procedure certifying a proposed class and appointing Quinn Emanuel Urquhart & Sullivan, LLP and Cohen Milstein Sellers & Toll PLLC as Co-Lead Counsel for the class.  This motion is made upon Plaintiffs' previously-filed Memorandum of Law in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel (ECF 415), the Declarations of Daniel L. Brockett (ECF 414) and Michael B. Eisenkraft (ECF 413) in support thereof, and the accompanying Reply Memorandum of Law in Further Support Plaintiffs' Motion for Class Certification and Appointment of Class Counsel and the Declaration of Daniel L. Brockett, and all papers and pleadings submitted therewith.

Plaintiffs file this renewed notice of motion in compliance with this Court's order dated March 26, 2021 (ECF 417), which terminated, solely as an administrative measure, Plaintiffs' original motion for class certification and ordered that Plaintiffs re-file their notice of motion together with their reply papers.

DATED:        October 5, 2021                    Respectfully submitted,

**COHEN MILSTEIN SELLERS &**          **QUINN EMANUEL URQUHART &**
   **TOLL PLLC**                             **SULLIVAN, LLP**

By:   _/s/ Michael B. Eisenkraft_                By:   _/s/ Daniel L. Brockett_
Michael B. Eisenkraft                            Daniel L. Brockett
Christopher J. Bateman                           Sascha N. Rand
David Fisher                                     Steig D. Olson
88 Pine Street, 14th Floor                       Deborah K. Brown
New York, New York 10005                         Daniel P. Mach
Telephone: (212) 838-7797                        David LeRay
meisenkraft@cohenmilstein.com                    51 Madison Avenue, 22nd Floor
cbateman@cohenmilstein.com                       New York, New York 10010
dfisher@cohenmilstein.com                        Telephone: (212) 849-7000
                                                 danbrockett@quinnemanuel.com
                                                 sascharand@quinnemnuel.com
Julie G. Reiser (*pro hac vice*)                 steigolson@quinnemanuel.com
Richard A. Koffman (*pro hac vice*)              deborahbrown@quinnemanuel.com
Kit A. Pierson (*pro hac vice*)                  danielmach@quinnemanuel.com
Emmy L. Levens (*pro hac vice*)                  davidleray@quinnemanuel.com
Daniel McCuaig (*pro hac vice*)
Robert W. Cobbs (pro *hac vice*)
1100 New York Ave NW, Suite 500                  Jeremy D. Andersen (*pro hac vice*)
Washington, DC 20005                             865 South Figueroa Street, 10th Floor
Telephone: (202) 408-4600                        Los Angeles, California 90017
jreiser@cohenmilstein.com                        Telephone: (213) 443-3000
rkoffman@cohenmilstein.com                       jeremyandersen@quinnemanuel.com
kpierson@cohenmilstein.com
elevens@cohenmilstein.com
dmccuaig@cohenmilstein.com
rcobbs@cohenmilstein.com