UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br><br>                    Plaintiffs,<br><br>          -v.-<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC., *et al.*,<br><br>                    Defendants. | 17 Civ. 6221 (KPF) (SLC)<br><br>**ORDER OF REFERENCE TO A MAGISTRATE JUDGE** |

KATHERINE POLK FAILLA, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

\_\_\_ Specific Non-Dispositive Motion/Dispute:
_____

\_\_\_ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:
_____

\_\_\_ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:
_____

\_\_\_ Habeas Corpus

\_\_\_ Settlement

\_\_\_ Social Security

\_\_\_ Inquest After Default/Damages Hearing

_**X**_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Specific Motion:  Motion for Class Certification

SO ORDERED.

Dated: October 7, 2021
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge