> Defendants' letter-motion (ECF No. 479) requesting to redact confidential information from their letter-opposition to Plaintiffs' reconsideration motion is GRANTED, and the Clerk of Court is respectfully directed to limit access to ECF No. 480 to Court users and the case participants. Defendants shall promptly file on ECF a redacted version of ECF No. 480.
>
> The Clerk of Court is respectfully directed to close ECF No. 479.
>
> SO ORDERED 10/22/2021
>
> *[signature]*
> SARAH L. CAVE
> United States Magistrate Judge

rwick@cov.com

Magistrate Judge Sarah L. Cave  
Daniel Patrick Moynihan Courthouse  
500 Pearl Street, Room 1670  
New York, NY 10007

October 21, 2021

      **RE:** *Iowa Pub. Emps.' Ret. Sys. et al. v. Bank of Am. Corp. et al.*,  
            No. 17-cv-6221 (KPF/SLC)

Dear Magistrate Judge Cave:

      Defendants respectfully request permission to redact references to confidential material in Defendants' letter-opposition to Plaintiffs' motion for reconsideration of this Court's order granting Defendants permission to file a sur-reply in opposition to Plaintiffs' motion for class certification. The material Defendants propose to redact and file under seal consists solely of references to expert materials that (i) have already been filed under seal pursuant to sealing orders issued by Judge Failla and (ii) were designated "Highly Confidential" by Plaintiffs pursuant to the protective order issued by Judge Failla. The Second Circuit has recognized the appropriateness of sealing confidential information. *See, e.g.*, *DiRussa v. Dean Witter Reynolds Inc.*, 121 F.3d 818, 826 (2d Cir. 1997) (upholding trial court's decision to "safeguard . . . confidential material" by placing documents under seal).

      Pursuant to Your Honor's Individual Practices and this Court's Electronic Case Filing Rules & Instructions, we are contemporaneously filing a sealed version of Defendants' letter-opposition, with Defendants' proposed redactions highlighted.

                                                           Respectfully submitted,

                                                           */s/ Robert D. Wick*

                                                           Robert D. Wick

                                                           *Counsel for the JPMorgan Defendants*  
                                                           *writing on behalf of all Defendants*