## COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

> Defendants' letter-motion to seal (ECF No. 494) is GRANTED.
>
> The Clerk of Court is respectfully directed to limit access to ECF Nos. 495–96 to the case participants and Court users. Defendants shall "file a motion to seal, along with proposed redacted copies and highlighted copies, by December 16, 2021."
>
> The Clerk of Court is respectfully directed to close ECF No. 494.
>
> SO ORDERED 11/23/2021
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

Magistrate Judge Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

RE:   *Iowa Pub. Emps.' Ret. Sys. et al. v. Bank of Am. Corp. et al.*,
        No. 17-cv-6221 (KPF/SLC)

Dear Magistrate Judge Cave:

Defendants respectfully request permission (i) to file under interim seal their sur-reply to Plaintiffs' motion for class certification and accompanying materials, and (ii) to file a motion to seal, along with proposed redacted copies and highlighted copies, by December 16, 2021.

Judge Failla previously ordered the parties to follow this procedure for the sealing and redaction of earlier briefing on Plaintiffs' pending motion for class certification (ECF No. 408 at 2), but that order preceded Your Honor's order granting Defendants leave to file a sur-reply (ECF No. 476). Your Honor also granted Plaintiffs' November 9 motion to seal their October 5 reply briefing and supporting materials (ECF No. 493), which was made in accordance with this procedure. Defendants respectfully submit that the same procedure should be extended to Defendants' sur-reply.

Respectfully submitted,

*s/ Robert D. Wick*

Robert D. Wick

*Counsel for the JPMorgan Defendants*