**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

**Robert D. Wick**

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5487
rwick@cov.com

Magistrate Judge Sarah L. Cave                                    November 29, 2021
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

RE:   *Iowa Pub. Emps.' Ret. Sys. et al. v. Bank of Am. Corp. et al.,*
       *No. 17-cv-6221 (KPF/SLC)*

Dear Magistrate Judge Cave:

I write on behalf of Defendants in response to Plaintiffs' request for a total of 56 days in which to file a 5-page sur-sur-reply brief and supporting materials in support of their motion for class certification.

As Defendants previously informed Plaintiffs, Defendants have no objection to Plaintiffs taking 30 days, or until December 22, to submit their 5-page sur-sur-reply and any appropriately narrow and targeted supporting materials. Defendants respectfully submit, however, that Plaintiffs' proposed 56-day response period would be disproportionate to the 5-page sur-sur-reply that the Court has permitted. As the briefing of this motion has progressed, the length of the submissions and the length of the response intervals has grown substantially shorter—not longer, as Plaintiffs are now proposing. For example, in the latest turn of the briefing, Defendants submitted a 12-page sur-reply and 128 pages of narrow and targeted supporting materials in response to the 35-page brief, 400 pages of expert reports, and 2,300 pages of additional supporting materials enclosed with Plaintiffs' reply. Defendants submitted those materials in less than half the time that Plaintiffs took to make their reply submission. Plaintiffs likewise should submit sur-sur-reply materials that are far shorter than those to which they respond and should be able to submit those materials within 30 days, which would appropriately bring the briefing on this matter to a close on December 22, 2021.

Respectfully submitted,

*/s/ Robert D. Wick*

Robert D. Wick

*Counsel for the JPMorgan Defendants*
*writing on behalf of all Defendants*