**quinn emanuel** trial lawyers | new york

> Plaintiffs' letter-motion requesting a one-day extension to file their sur-sur-reply (ECF No. 509) is GRANTED.  The Court notes that "if the last day [for a deadline stated in days] is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a . . . legal holiday." Fed. R. Civ. P. 6(a)(1)(C).
>
> The Clerk of Court is respectfully directed to close ECF No. 509.
>
> SO ORDERED 1/13/2022
>
> *[signature]*
> SARAH L. CAVE
> United States Magistrate Judge

January 12, 2022

<u>Via ECF</u>

Magistrate Judge Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

Re:   *Iowa Pub. Emps.' Ret. Sys. et al. v. Bank of Am. Corp. et al.*, No. 17-cv-6221 (KPF-SLC)

Dear Judge Cave:

We write on behalf of Plaintiffs regarding the briefing deadline for our sur-sur-reply filing.  After this Court granted Plaintiffs' request for leave to file a sur-sur-reply, we requested January 17, 2022 as the deadline for it.  (Dkt. 498)  We chose that date to mirror the period Defendants had to prepare their sur-reply, with an addition of one week to account for our experts' unavailability due to end-of-semester teaching obligations and the intervening holidays.  At the time we made that request, which the Court granted (Dkt. 502), we did not realize that the 56 days we asked for, until January 17, would place our deadline on a federal holiday, Martin Luther King Jr. Day.  Having realized our mistake, we respectfully request for a 1-day extension, until January 18, 2022, out of respect for the holiday and to permit those working on next week's filing to observe it.

We have conferred with counsel for Defendants, who consent to our request.

Respectfully submitted,

*/s/ Michael B. Eisenkraft*
Michael B. Eisenkraft
COHEN MILSTEIN SELLERS & TOLL PLLC

*/s/ Daniel L. Brockett*
Daniel L. Brockett
QUINN EMANUEL URQUHART & SULLIVAN, LLP