UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, et al.,<br><br>                      Plaintiffs,<br><br>-v-<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC., et al.,<br><br>                      Defendants. | CIVIL ACTION NO.: 17 Civ. 6221 (KPF) (SLC)<br><br>**SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court intends to hold Oral Argument regarding the Motion for Class Certification (ECF No. 468) on a date to be determined.  A Telephone Conference is scheduled for **March 4, 2022 at 10:00 am** on the Court's conference line to discuss logistical planning for Oral Argument, including the format of the proceeding and any technological needs of the parties. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:        New York, New York
                 February 14, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**