UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br><br>Plaintiffs,<br><br>- against -<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>Defendants. | No. 17 Civ. 6221 (KPF) |

### NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715

PLEASE TAKE NOTICE that on February 21, 2022, pursuant to and in accordance with 28 U.S.C. § 1715 (Class Action Fairness Act of 2005), defendants Credit Suisse Group AG; Credit Suisse AG; Credit Suisse Securities (USA) LLC; Credit Suisse First Boston Next Fund, Inc.; and Credit Suisse Prime Securities Services (USA) LLC ("Settling Defendants") caused notification of the proposed class action settlement with Plaintiffs and the Settlement Class (as defined by the Stipulation and Agreement of Settlement with Credit Suisse Group AG; Credit Suisse AG; Credit Suisse Securities (USA) LLC; Credit Suisse First Boston Next Fund, Inc.; Credit Suisse Prime Securities Services (USA) LLC (Dkt. 521-1)), in the above-referenced action to be provided to the appropriate federal and state officials and agencies as set forth in the Declaration of Stephanie J. Fiereck, Esq. on Implementation of CAFA Notice, dated February 22, 2022 and attached hereto as Exhibit A.

Dated: February 23, 2022

        Respectfully submitted,

By:   /s/ Jason M. Hall
      David G. Januszewski
      Herbert S. Washer
      Elai Katz
      Jason M. Hall
      Margaret A. Barone

CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
(212) 701-3000
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com
mbarone@cahill.com

*Attorneys for Credit Suisse Defendants*