# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br><br> Defendants | Case No. 17-cv-6221 (KPF) <br><br> Hon. Katherine Polk Failla |

### DECLARATION OF STEPHANIE J. FIERECK, ESQ. ON IMPLEMENTATION OF CAFA NOTICE

I, STEPHANIE J. FIERECK, ESQ., hereby declare and state as follows:

1. My name is Stephanie J. Fiereck, Esq. I am over the age of 21 and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2. I am a Legal Notice Manager for Epiq Class Action & Claims Solutions, Inc. ("Epiq"). I have been in my position as Legal Notice Manager since 2012. During that time I have overseen and handled Class Action Fairness Action ("CAFA") notice mailings for more than 325 class action settlements.

3. Epiq is a firm with more than 25 years of experience in claims processing and settlement administration. Epiq's class action case administration services include coordination of all notice requirements, design of direct-mail notices, establishment of fulfillment services, receipt and processing of opt-outs, coordination with the United States Postal Service, claims database management, claim adjudication, funds management and distribution services.

4. The facts in this Declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues at Epiq.

## CAFA NOTICE IMPLEMENTATION

5. At the direction of counsel for the Defendants Credit Suisse Group AG, Credit Suisse AG, Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Next Fund, Inc., and Credit Suisse Prime Securities Services (USA) LLC, 66 officials, which included the Attorney General of the United States and the Attorneys General of each of the 50 states, the District of Columbia, and the United States Territories, one office of the NY Department of Financial Services, and eight offices of the Federal Reserve were identified to receive the CAFA notice.

6. Epiq maintains a list of these federal and state officials with contact information for the purpose of providing CAFA notice. Prior to mailing, the names and addresses selected from Epiq's list were verified, then run through the Coding Accuracy Support System ("CASS") maintained by the United States Postal Service ("USPS").[1]

7. On February 21, 2022, Epiq sent 66 CAFA Notice Packages ("Notice"). The Notice was mailed via USPS Certified Mail to 64 officials, including the Attorneys General of each of the 50 states, the District of Columbia, and the United States Territories, one office of the NY Department of Financial Services, and seven state offices of the Federal Reserve. The Notice was also sent via United Parcel Service ("UPS") to two officials, including the Attorney General of the United States and one office of the Federal Reserve. The CAFA Notice Service List (USPS Certified Mail and UPS) is included as **Attachment 1**.

8. The materials sent to the federal and state officials included a cover letter, which provided notice of the proposed settlement of the above-captioned case. The cover letter is included as **Attachment 2**.

---

[1] CASS improves the accuracy of carrier route, 5-digit ZIP®, ZIP + 4® and delivery point codes that appear on mail pieces. The USPS makes this system available to mailing firms who want to improve the accuracy of postal codes, i.e., 5-digit ZIP®, ZIP + 4®, delivery point (DPCs), and carrier route codes that appear on mail pieces.

DECLARATION OF STEPHANIE J. FIERECK, ESQ. ON IMPLEMENTATION OF CAFA NOTICE
2

9. The cover letter was accompanied by a CD, which included the following:

   a. **Per 28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:** The following complaint amended complaint were included:

      1. Class Action Complaint (Aug. 16, 2017); and
      2. Amended Class Action Complaint (Nov. 17, 2017).

   b. **Per 28 U.S.C. § 1715(b)(3) – Notification to Class Members:** The parties have not created, or submitted to the court for approval, notices of settlement at this time.

   c. **Per 28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** On January 20, 2022, after extensive arm's length negotiations undertaken in good faith, counsel for plaintiffs Iowa Public Employees' Retirement System; Los Angeles County Employees Retirement Association; Orange County Employees' Retirement System; Sonoma County Employees' Retirement Association; and Torus Capital, LLC (collectively, "Plaintiffs") and the settlement class and counsel for Settling Defendants executed a Settlement Agreement (the "Settlement Agreement"). The Settlement Agreement was filed with the Court on February 11, 2022, together with Plaintiffs' motion for preliminary approval of the settlement. In addition to the Settlement Agreement, the following supporting documents were included:

      1. Notice of Plaintiffs' Motion for Preliminary Approval of the Settlement Agreement with Credit Suisse;
      2. Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of the Settlement Agreement with Credit Suisse;
      3. Declaration of Daniel L. Brockett in Support of Plaintiffs' Motion for Preliminary Approval of the Settlement Agreement with Credit Suisse;

         - Exhibit 1 – Settlement Agreement (with exhibits);
         - Exhibit 2 – Quinn Emanuel Urquhart & Sullivan, LLP's Firm Resume;
         - Exhibit 3 – Cohen Milstein Sellers & Toll PLLC's Firm Resume;
         - Exhibit 4 – Epiq Class Action & Claims Solutions, Inc.'s Firm Resume; and

      4. [Proposed] Order Preliminarily Approving Settlement Agreement.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 22, 2022.

*Stephanie J. Fiereck*

Stephanie J. Fiereck, Esq.

DECLARATION OF STEPHANIE J. FIERECK, ESQ. ON IMPLEMENTATION OF CAFA NOTICE
4

# Attachment 1

**CAFA Notice Service List**

**UPS**

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| US Department of Justice | Merrick B. Garland | 950 Pennsylvania Ave NW | | Washington | DC | 20530 |
| Federal Reserve | Michael Gibson | Director of Supervision & Regulation | 20th Street and Constitution Ave NW | Washington | DC | 20551 |

CAFA Notice Service List
USPS Certified Mail

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the Attorney General | Treg Taylor | PO Box 110300 | | Juneau | AK | 99811 |
| Office of the Attorney General | Steve Marshall | 501 Washington Ave | | Montgomery | AL | 36104 |
| Office of the Attorney General | Leslie Carol Rutledge | 323 Center St | Suite 200 | Little Rock | AR | 72201 |
| Office of the Attorney General | Mark Brnovich | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| Office of the Attorney General | CAFA Coordinator | Consumer Law Section | 455 Golden Gate Ave Ste 11000 | San Francisco | CA | 94102 |
| Office of the Attorney General | Phil Weiser | Ralph L Carr Colorado Judicial Center | 1300 Broadway 10th Fl | Denver | CO | 80203 |
| Office of the Attorney General | William Tong | 165 Capitol Ave | | Hartford | CT | 06106 |
| Office of the Attorney General | Karl A. Racine | 400 6th St NW | | Washington | DC | 20001 |
| Office of the Attorney General | Kathy Jennings | Carvel State Office Bldg | 820 N French St | Wilmington | DE | 19801 |
| Office of the Attorney General | Ashley Moody | State of Florida | The Capitol PL-01 | Tallahassee | FL | 32399 |
| Office of the Attorney General | Chris Carr | 40 Capitol Square SW | | Atlanta | GA | 30334 |
| Department of the Attorney General | Holly T. Shikada | 425 Queen St | | Honolulu | HI | 96813 |
| Iowa Attorney General | Thomas J Miller | 1305 E Walnut St | | Des Moines | IA | 50319 |
| Office of the Attorney General | Lawrence G Wasden | 700 W Jefferson St Ste 210 | PO Box 83720 | Boise | ID | 83720 |
| Office of the Attorney General | Kwame Raoul | 100 W Randolph St | | Chicago | IL | 60601 |
| Indiana Attorney General's Office | Todd Rokita | Indiana Government Center South | 302 W Washington St 5th Fl | Indianapolis | IN | 46204 |
| Office of the Attorney General | Derek Schmidt | 120 SW 10th Ave 2nd Fl | | Topeka | KS | 66612 |
| Office of the Attorney General | Daniel Cameron | 700 Capitol Avenue | Suite 118 | Frankfort | KY | 40601 |
| Office of the Attorney General | Jeff Landry | PO Box 94005 | | Baton Rouge | LA | 70804 |
| Office of the Attorney General | Maura Healey | 1 Ashburton Pl | | Boston | MA | 02108 |
| Office of the Attorney General | Brian E. Frosh | 200 St Paul Pl | | Baltimore | MD | 21202 |
| Office of the Attorney General | Aaron Frey | 6 State House Station | | Augusta | ME | 04333 |
| Department of Attorney General | Dana Nessel | PO Box 30212 | | Lansing | MI | 48909 |
| Office of the Attorney General | Keith Ellison | 445 Minnesota St | Suite 1400 | St Paul | MN | 55101 |
| Missouri Attorney General's Office | Eric Schmitt | 207 West High Street | PO Box 899 | Jefferson City | MO | 65102 |
| MS Attorney General's Office | Lynn Fitch | Walter Sillers Bldg | 550 High St Ste 1200 | Jackson | MS | 39201 |
| Office of the Attorney General | Austin Knudsen | 215 N Sanders Third Floor | PO Box 201401 | Helena | MT | 59620 |
| Attorney General's Office | Josh Stein | 9001 Mail Service Ctr | | Raleigh | NC | 27699 |
| Office of the Attorney General | Wayne Stenehjem | State Capitol | 600 E Boulevard Ave Dept 125 | Bismarck | ND | 58505 |
| Nebraska Attorney General | Doug Peterson | 2115 State Capitol | PO Box 98920 | Lincoln | NE | 68509 |
| Office of the Attorney General | John Formella | NH Department of Justice | 33 Capitol St | Concord | NH | 03301 |
| Office of the Attorney General | Andrew J. Bruck | 25 Market Street | PO Box 080 | Trenton | NJ | 08625 |
| Office of the Attorney General | Hector Balderas | 408 Galisteo St | Villagra Bldg | Santa Fe | NM | 87501 |
| Office of the Attorney General | Aaron Ford | 100 N Carson St | | Carson City | NV | 89701 |
| Office of the Attorney General | CAFA Coordinator | 28 Liberty Street | 15th Floor | New York | NY | 10005 |
| Office of the Attorney General | Dave Yost | 30 East Broad Street | 14th Floor | Columbus | OH | 43215 |
| Office of the Attorney General | John O'Connor | 313 NE 21st St | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Ellen F Rosenblum | Oregon Department of Justice | 1162 Court St NE | Salem | OR | 97301 |
| Office of the Attorney General | Josh Shapiro | 16th Fl Strawberry Square | | Harrisburg | PA | 17120 |
| Office of the Attorney General | Peter F Neronha | 150 S Main St | | Providence | RI | 02903 |
| Office of the Attorney General | Alan Wilson | PO Box 11549 | | Columbia | SC | 29211 |
| Office of the Attorney General | Jason Ravnsborg | 1302 E Hwy 14 Ste 1 | | Pierre | SD | 57501 |
| Office of the Attorney General | Herbert H. Slatery III | PO Box 20207 | | Nashville | TN | 37202 |
| Office of the Attorney General | Ken Paxton | 300 W 15th St | | Austin | TX | 78701 |
| Office of the Attorney General | Sean D. Reyes | PO Box 142320 | | Salt Lake City | UT | 84114 |
| Office of the Attorney General | Mark R. Herring | 202 North Ninth Street | | Richmond | VA | 23219 |
| Office of the Attorney General | TJ Donovan | 109 State St | | Montpelier | VT | 05609 |
| Office of the Attorney General | Bob Ferguson | 800 Fifth Avenue | Suite 2000 | Seattle | WA | 98104 |
| Office of the Attorney General | Josh Kaul | PO Box 7857 | | Madison | WI | 53707 |
| Office of the Attorney General | Patrick Morrisey | State Capitol Complex | Bldg 1 Room E 26 | Charleston | WV | 25305 |
| Office of the Attorney General | Bridget Hill | 109 State Capital | | Cheyenne | WY | 82002 |
| Department of Legal Affairs | Fainu'ulei Falefatu Ala'ilima-Utu | Executive Office Building 3rd Floor | PO Box 7 | Utulei | AS | 96799 |
| Attorney General Office of Guam | Leevin T Camacho | Administration Division | 590 S Marine Corps Dr Ste 901 | Tamuning | GU | 96913 |
| Office of the Attorney General | Edward Manibusan | Administration Bldg | PO Box 10007 | Saipan | MP | 96950 |
| PR Department of Justice | Domingo Emanuelli Hernández | PO Box 9020192 | | San Juan | PR | 00902 |
| Department of Justice | Denise N. George | 34-38 Kronprindsens Gade | GERS Bldg 2nd Fl | St Thomas | VI | 00802 |
| Federal Reserve Bank of Atlanta | Richard A. Jones | Senior VP and General Counsel | 1000 Peachtree Street NE | Atlanta | GA | 30309 |
| Federal Reserve Bank of Boston | Kenneth C. Montgomery | Interim President and Chief Executive Officer | 600 Atlantic Avenue | Boston | MA | 02210 |
| Federal Reserve Bank of Chicago | Katherine Schrepfer | Office of the General Counsel | 230 South LaSalle Street | Chicago | IL | 60604 |
| Federal Reserve Bank of Dallas | David K. Teeples | Vice President - Deputy General Counsel | 2200 N. Pearl St. | Dallas | TX | 75201 |
| Federal Reserve Bank of New York | Michael Held | General Counsel and Executive VP | 33 Liberty Street | New York | NY | 10045 |
| Federal Reserve Bank of Richmond | Michelle Gluck | Executive VP - General Counsel and CRO | PO Box 27622 | Richmond | VA | 23261 |
| Federal Reserve Bank of San Francisco | Laura Monfredini | General Counsel and Senior VP | 101 Market Street PO Box 7702 | San Francisco | CA | 94120 |
| NY Department of Financial Services | Adrienne Harris | Acting Superintendent | One State Street | New York | NY | 10004 |

# Attachment 2

CAFA NOTICE ADMINISTRATOR
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

February 21, 2022

**VIA UPS OR USPS CERTIFIED MAIL**

**Class Action Fairness Act – Notice to Federal and State Officials**

Dear Federal and State Officials:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), codified at 28 U.S.C. § 1715, please find enclosed information from Defendants Credit Suisse Group AG, Credit Suisse AG, Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Next Fund, Inc., and Credit Suisse Prime Securities Services (USA) LLC (collectively, "Settling Defendants") relating to the proposed settlement of a class action lawsuit.

- **Case:** *Iowa Public Employees' Retirement System, et al.* v. *Bank of America Corporation, et al.* (17-CV-06221) (KPF).

- **Court:** United States District Court for the Southern District of New York.

- **Defendants:** Credit Suisse Group AG, Credit Suisse AG, Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Next Fund, Inc., and Credit Suisse Prime Securities Services (USA) LLC.

- **Documents Enclosed:** In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action on the enclosed CD:

  1. **Per 28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:** The following complaint and amended complaint are included:

     - Class Action Complaint (Aug. 16, 2017); and
     - Amended Class Action Complaint (Nov. 17, 2017).

  2. **Per 28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** The Court has not scheduled a preliminary approval hearing or a final approval hearing or any other judicial hearing concerning the settlement agreement at this time.

  3. **Per 28 U.S.C. § 1715(b)(3) – Notification to Class Members:** The parties have not created, or submitted to the court for approval, notices of settlement at this time.

  4. **Per 28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** On January 20, 2022, after extensive arm's length negotiations undertaken in good faith, counsel for plaintiffs Iowa Public Employees' Retirement System; Los Angeles County Employees Retirement Association; Orange County Employees' Retirement System; Sonoma County Employees' Retirement Association; and Torus Capital, LLC (collectively, "Plaintiffs") and the settlement class and counsel for Settling Defendants executed a Settlement

CAFA NOTICE ADMINISTRATOR
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

Agreement (the "Settlement Agreement"). The Settlement Agreement was filed with the Court on February 11, 2022, together with Plaintiffs' motion for preliminary approval of the settlement. In addition to the Settlement Agreement, the following supporting documents are included:

- Notice of Plaintiffs' Motion for Preliminary Approval of the Settlement Agreement with Credit Suisse;

- Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of the Settlement Agreement with Credit Suisse;

- Declaration of Daniel L. Brockett in Support of Plaintiffs' Motion for Preliminary Approval of the Settlement Agreement with Credit Suisse;

    - Exhibit 1 – Settlement Agreement (with exhibits);
    - Exhibit 2 – Quinn Emanuel Urquhart & Sullivan, LLP's Firm Resume;
    - Exhibit 3 – Cohen Milstein Sellers & Toll PLLC's Firm Resume;
    - Exhibit 4 – Epiq Class Action & Claims Solutions, Inc.'s Firm Resume; and

- [Proposed] Order Preliminarily Approving Settlement Agreement.

5. **Per 28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** There is no other Settlement or Agreement.

6. **Per 28 U.S.C. § 1715(b)(6) – Final Judgment or Notice of Dismissal:** To date, the Court has not issued a final order, judgment or dismissal in the above-referenced action.

7. **Per 28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** Settling Defendants cannot feasibly identify the names of all class members who reside in each state and the estimated proportionate share of the claims of such members to the entire settlement. Because the class includes persons or entities who entered into one or more transactions with all defendants, Settling Defendants do not have an independent basis to provide a reasonable estimate of the number of class members residing in each state or the estimated proportionate share of the claims of such members to the entire settlement.

8. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** To date, the Court has not issued a final order or judgment in the above-referenced action.

If you have questions or concerns about this notice or the enclosed materials, please contact this office.

Very truly yours,

CAFA Notice Administrator

Enclosures