UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br><br>                      Plaintiff,<br><br>              -v.-<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC., *et al.*,<br><br>                      Defendant. | 17 Civ. 6221 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      For substantially the same reasons outlined in the JPMorgan Defendants' written submission (Dkt. #531), as supplemented by their oral presentation on the record on March 3, 2022, Plaintiffs' request to reopen discovery for the purpose of serving spoliation-related interrogatories on the JPMorgan Defendants is hereby DENIED.

      SO ORDERED.

Dated:  March 7, 2022
            New York, New York

                                                      KATHERINE POLK FAILLA
                                                      United States District Judge