UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, et al.,<br><br>      Plaintiffs,<br><br> -v-<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC., et al.,<br><br>      Defendants. | CIVIL ACTION NO.: 17 Civ. 6221 (KPF) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court previously scheduled Oral Argument regarding the Motion for Class Certification (ECF No. 468) to occur on **Thursday, April 28, 2022 at 10:00 am** in Courtroom 18A, 500 Pearl Street, New York, New York.  (See ECF No. 535).

In response to the parties' request (ECF No. 549), the Court allocates 2.5 hours to each side for oral argument.  Preservation of time for rebuttal will be discussed at the beginning of the Oral Argument.

The parties' counsel and IT personnel may visit the courtroom on **Wednesday, April 27, 2022 at 1:00pm**.  Visitors are instructed to arrive outside the courtroom five minutes prior to the designated meeting time on the 18th floor, outside of Courtroom 18A.  The parties are further instructed to bring any equipment or materials that they will need to test for compatibility with the courtroom's technological infrastructure.  The parties will be allotted one hour to test equipment and identify any technological issues.

To the extent any party refers during Oral Argument to information marked confidential or highly confidential, they may do so in summary or redacted form, and may request redaction of the Oral Argument transcript when it becomes available.

The Court is unable to read ECF No. 414-21 (see ECF No. 412 at 24 nn.30, 31, 32), and asks Plaintiffs' counsel to provide a legible printout at Oral Argument.

The Court reminds the parties refer to exhibits according to their ECF numbers (e.g., ECF Nos. 123-1, 123-2 etc.), not by their exhibit numbers or letters.

Dated:   New York, New York
         April 25, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**