UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IOWA PUBLIC EMPLOYEES'
RETIREMENT SYSTEM, et al.,

            Plaintiffs,

-v-

MERRILL LYNCH, PIERCE,
FENNER & SMITH INC., et al.,

            Defendants.

CIVIL ACTION NO.: 17 Civ. 6221 (KPF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court has received a request from a member of the press for the Oral Argument scheduled for April 28, 2022 (ECF No. 535) to be accessible by telephone. Accordingly, members of the public or the press, in addition to being able to observe the oral argument in the Courtroom, may dial in using the following information: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:     New York, New York
           April 26, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**

1