April 26, 2022

**V**IA **ECF**

Magistrate Judge Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

Re:   *Iowa Pub. Emps.' Ret. Sys. et al. v. Bank of Am. Corp. et al.*, No. 17-cv-6221 (KPF-SLC)

Dear Judge Cave:

      The parties respectfully request that the Court grant additional attorneys and support staff permission to bring electronic devices into the courtroom during oral argument on April 28, 2022. Attached as Exhibit A to this letter, please find a Proposed Order for the authorization of electronic devices for these individuals.

Respectfully submitted,

1

| | |
|---|---|
| /s/ *Michael B. Eisenkraft* | /s/ *Daniel L. Brockett* |
| Michael B. Eisenkraft<br>COHEN MILSTEIN SELLERS & TOLL PLLC | Daniel L. Brockett<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| /s/ *Richard F. Schwed* | /s/ *Carmine D. Boccuzzi, Jr.* |
| Richard F. Schwed<br>SHEARMAN & STERLING LLP | Carmine D. Boccuzzi, Jr.<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| /s/ *Staci Yablon* | /s/ *Robert D. Wick* |
| Staci Yablon<br>WINSTON & STRAWN LLP | Robert D. Wick<br>COVINGTON & BURLING, LLP |
| /s/ *Michael A. Paskin* | /s/ *Peter G. Wilson* |
| Michael A. Paskin<br>CRAVATH, SWAINE, & MOORE LLP | Peter G. Wilson<br>KATTEN MUCHIN ROSENMAN LLP |