UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　-v-<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC., et al.,<br><br>　　　　　　　　　Defendants. | CIVIL ACTION NO.: 17 Civ. 6221 (KPF) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

By **Monday, May 2, 2022**, the parties shall file the slides from their presentations during Oral Argument, which was held on April 28, 2022.

Dated:　　New York, New York
　　　　　April 29, 2022

　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**SARAH L. CAVE**
　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**

1