UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IOWA PUBLIC EMPLOYEES'
RETIREMENT SYSTEM, et al.,

                Plaintiffs,

  -v-

MERRILL LYNCH, PIERCE,
FENNER & SMITH INC., et al.,

                Defendants.

CIVIL ACTION NO.: 17 Civ. 6221 (KPF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 554 to file the documents at ECF No. 555 under seal is GRANTED. The document at ECF No. 555 shall remain visible only to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 554.

Dated:     New York, New York
            May 3, 2022

SO ORDERED.

_（signature）_

**SARAH L. CAVE**
**United States Magistrate Judge**