quinn emanuel trial lawyers | new york



July 7, 2022

**VIA ECF**

The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Iowa Pub. Emps.' Ret. Sys. et al. v. Bank of Am. Corp. et al.*, No. 17-cv-6221 (KPF-SLC)

Dear Judge Failla,

Plaintiffs respectfully request a clarification of the Court's order extending the time for submitting objections, responses, and replies to Magistrate Judge Cave's Report & Recommendation ("R&R").  *See* ECF No. 566.

Plaintiffs are still evaluating whether they plan to object to any portion of the R&R.  As the order refers to "Defendants' objections," we wish only to clarify that the same schedule for objections, responses, and reply would apply to any objection that Plaintiffs may file.  In the event Plaintiffs choose to exercise their right to object, we ask that the same deadlines in the Court's order would govern those objections as well.

Respectfully submitted,

| | |
|---|---|
| */s/ Michael B. Eisenkraft* | */s/ Daniel L. Brockett* |
| Michael B. Eisenkraft | Daniel L. Brockett |
| COHEN MILSTEIN SELLERS & TOLL PLLC | QUINN EMANUEL URQUHART & SULLIVAN, LLP |