# CRAVATH, SWAINE & MOORE LLP

| | | WORLDWIDE PLAZA | | |
|---|---|---|---|---|
| JOHN W. WHITE | TIMOTHY G. CAMERON | 825 EIGHTH AVENUE | AARON M. GRUBER | HELAM GEBREMARIAM |
| EVAN R. CHESLER | KARIN A. DEMASI | NEW YORK, NY 10019-7475 | O. KEITH HALLAM, III | MATTHEW G. JONES |
| STEPHEN L. GORDON | DAVID S. FINKELSTEIN | | OMID H. NASAB | MATTHEW M. KELLY |
| ROBERT H. BARON | RACHEL G. SKAISTIS | TELEPHONE: +1-212-474-1000 | DAMARIS HERNÁNDEZ | DAVID H. KORN |
| CHRISTINE A. VARNEY | PAUL H. ZUMBRO | FACSIMILE: +1-212-474-3700 | JONATHAN J. KATZ | BRITTANY L. SUKIENNIK |
| PETER T. BARBUR | ERIC W. HILFERS | | DAVID L. PORTILLA | ANDREW M. WARK |
| MICHAEL S. GOLDMAN | GEORGE F. SCHOEN | | ELAD L. ROISMAN | ANDREW T. DAVIS |
| RICHARD HALL | CRAIG F. ARCELLA | | RORY A. LERARIS | DOUGLAS DOLAN |
| STEPHEN L. BURNS | LAUREN ANGELILLI | | MARGARET T. SEGALL | SANJAY MURTI |
| KATHERINE B. FORREST | TATIANA LAPUSHCHIK | CITYPOINT | DANIEL K. ZACH | BETHANY A. PFALZGRAF |
| KEITH R. HUMMEL | ALYSSA K. CAPLES | ONE ROPEMAKER STREET | NICHOLAS A. DORSEY | MATTHEW L. PLOSZEK |
| DAVID J. KAPPOS | MINH VAN NGO | LONDON EC2Y 9HR | ANDREW C. ELKEN | ARVIND RAVICHANDRAN |
| DANIEL SLIFKIN | JELENA MCWILLIAMS | TELEPHONE: +44-20-7453-1000 | VANESSA A. LAVELY | |
| ROBERT I. TOWNSEND, III | KEVIN J. ORSINI | FACSIMILE: +44-20-7860-1150 | G.J. LIGELIS JR. | |
| PHILIP J. BOECKMAN | MATTHEW MORREALE | | MICHAEL E. MARIANI | PARTNER EMERITUS |
| RONALD E. CREAMER JR. | JOHN D. BURETTA | | LAUREN R. KENNEDY | SAMUEL C. BUTLER |
| WILLIAM V. FOGG | J. WESLEY EARNHARDT | | SASHA ROSENTHAL-LARREA | |
| FAIZA J. SAEED | YONATAN EVEN | | MICHAEL P. ADDIS | |
| THOMAS E. DUNN | BENJAMIN GRUENSTEIN | WRITER'S DIRECT DIAL NUMBER | JUSTIN C. CLARKE | OF COUNSEL |
| MARK I. GREENE | JOSEPH D. ZAVAGLIA | +1-212-474-1760 | SHARONMOYEE GOSWAMI | CHRISTOPHER J. KELLY |
| DAVID R. MARRIOTT | STEPHEN M. KESSING | | C. DANIEL HAAREN | KIMBERLEY S. DREXLER |
| MICHAEL A. PASKIN | LAUREN A. MOSKOWITZ | | EVAN MEHRAN NORRIS | LILLIAN S. GROSSBARD |
| ANDREW J. PITTS | DAVID J. PERKINS | WRITER'S EMAIL ADDRESS | LAUREN M. ROSENBERG | KIMBERLY A. GROUSSET |
| MICHAEL T. REYNOLDS | J. LEONARD TETI, II | MPaskin@cravath.com | MICHAEL L. ARNOLD | ANDREI HARASYMIAK |
| ANTONY L. RYAN | D. SCOTT BENNETT | | HEATHER A. BENJAMIN | JESSE M. WEISS |
| GEORGE E. ZOBITZ | TING S. CHEN | | MATTHEW J. BOBBY | MICHAEL J. ZAKEN |
| GEORGE A. STEPHANAKIS | CHRISTOPHER K. FARGO | | DANIEL J. CERQUEIRA | BENJAMIN G. JOSELOFF |
| GARY A. BORNSTEIN | DAVID M. STUART | | ALEXANDRA C. DENNING | MEGAN Y. LEW |

August 15, 2022

RE: <u>Iowa Pub. Emps.' Ret. Sys. et al. v. Bank of Am. Corp. et al.,
No. 17-cv-6221 (KPF) (SLC)</u>

Dear Judge Failla:

      Defendants respectfully request leave to file under interim seal their Objections to Magistrate Judge Sarah L. Cave's Report and Recommendation, and to file a motion to seal along with proposed redacted and highlighted copies by September 12, 2021.

      Your Honor previously ordered the parties to follow this procedure for the sealing and redaction of previous briefing relating to Plaintiffs' class certification motion. (ECF No. 408 at 2.) Defendants' filing of a sur-reply (ECF 494, 497) and Plaintiffs' filing of their sur-sur-reply (ECF 511, 512) were also made in accordance with this procedure. Defendants respectfully submit that the same procedure should apply to Defendants' Objections, which contains references to materials designated as Highly Confidential or Confidential pursuant to the Protective Order in this case. (ECF 150.)

      Respectfully,

      /s/ *Michael A. Paskin*
      Michael A. Paskin

*Attorney for Defendants Morgan Stanley &
Co. LLC, Prime Dealer Services Corp., and
Strategic Investments I, Inc.*

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

VIA ECF