## CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1760

WRITER'S EMAIL ADDRESS
MPaskin@cravath.com

**MEMO ENDORSED**

August 15, 2022

RE: *Iowa Pub. Emps.' Ret. Sys. et al. v. Bank of Am. Corp. et al.,*
No. 17-cv-6221 (KPF) (SLC)

Dear Judge Failla:

Defendants respectfully request leave to file under interim seal their Objections to Magistrate Judge Sarah L. Cave's Report and Recommendation, and to file a motion to seal along with proposed redacted and highlighted copies by September 12, 2021.

Your Honor previously ordered the parties to follow this procedure for the sealing and redaction of previous briefing relating to Plaintiffs' class certification motion. (ECF No. 408 at 2.) Defendants' filing of a sur-reply (ECF 494, 497) and Plaintiffs' filing of their sur-sur-reply (ECF 511, 512) were also made in accordance with this procedure. Defendants respectfully submit that the same procedure should apply to Defendants' Objections, which contains references to materials designated as Highly Confidential or Confidential pursuant to the Protective Order in this case. (ECF 150.)

Respectfully,

/s/ *Michael A. Paskin*
Michael A. Paskin

*Attorney for Defendants Morgan Stanley & Co. LLC, Prime Dealer Services Corp., and Strategic Investments I, Inc.*

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

VIA ECF

Application GRANTED.

Defendants shall file their motion to seal along with proposed redacted and highlight copies by **September 12, 2022.**

The Clerk of Court is directed to maintain docket entries 576 and 577 under seal, viewable only to the parties and Court.  The Clerk of Court is further directed to terminate the motion at docket entry 575.

Dated:   August 16, 2022
         New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE