UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br>  Plaintiffs,<br><br>- against –<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br>  Defendants. | Case No. 1:17-cv-06221-KPF-SLC |

## NOTICE OF MOTION FOR WITHDRAWAL OF ATTORNEYS

**PLEASE TAKE NOTICE** that upon accompanying Declaration of George E. Mastoris dated September 6, 2022, Defendant Goldman Sachs & Co. LLC hereby moves this Court pursuant to Local Rule 1.4 for an order to withdraw Winston & Strawn LLP attorneys Eva W. Cole, Seth C. Farber, and George E. Mastoris as attorneys of record for Defendant Goldman Sachs & Co. LLC in the above-captioned matter and for their removal from the CM/ECF service list for this action.  Defendant Goldman Sachs & Co. LLC is currently represented by Paul, Weiss, Rifkind, Wharton & Garrison LLP attorneys Robert Y. Sperling and Staci Lynn Yablon.

Dated: September 6, 2022                                   Respectfully submitted,

**WINSTON & STRAWN LLP**

By: *s/ George E. Mastoris*
George E. Mastoris

Eva W. Cole
Seth C. Farber
200 Park Avenue
New York, NY 10166
Tel.: (212) 294-6700
gmastoris@winston.com
ewcole@winston.com
sfarber@winston.com

1

*Attorneys for Defendant Goldman Sachs & Co. LLC*