UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Iowa Public Employees Retirement System, et al.    Plaintiff,

Case No. 1:17-cv-06221-KPF

-against-

Bank of America Corporation et al.    Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending       [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Neil Swartzberg_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is __CA215133_____

I am,
[ ] An attorney
[ ] A Government Agency attorney
[✔] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME:  Pearson, Simon & Warshaw, LLP
             FIRM ADDRESS:  350 Sansome St., Ste. 680 San Francisco CA 94104
             FIRM TELEPHONE NUMBER:  (415) 433-9000
             FIRM FAX NUMBER:  (415) 433-9008

NEW FIRM:    FIRM NAME:  Pearson, Simon & Warshaw, LLP
             FIRM ADDRESS:  555 Montgomery St Ste 1205 San Francisco CA 94111
             FIRM TELEPHONE NUMBER:  (415) 433-9000
             FIRM FAX NUMBER:  (415) 433-9008

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 09/22/2022                     /s/ Neil Swartzberg_____
                                      ATTORNEY'S SIGNATURE