quinn emanuel trial lawyers | new york





September 23, 2022

**VIA ECF**

The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Iowa Pub. Emps.' Ret. Sys. et al. v. Bank of Am. Corp. et al.*, No. 17-cv-6221 (KPF-SLC)

Dear Judge Failla:

    Plaintiffs respectfully request leave to file their response to Defendants' Objections to Magistrate Judge Sarah L. Cave's Report and Recommendation (ECF No. 576) under interim seal, and to file a motion to seal along with proposed and redacted and highlighted copies by October 14.

    Plaintiffs request to file their response to Defendants' Objections to Judge Cave's Report and Recommendation in redacted form as it contains references to materials and documents that have been designated as Highly Confidential or Confidential pursuant to the Protective Order in this case (ECF Nos. 150, 228). Defendants likewise sought leave to file their Objections under seal (ECF No. 575), and the Court granted their request (ECF No. 578).

    We have conferred with counsel for Defendants, who consent to our request.

Respectfully submitted,

| | |
|---|---|
| /s/ *Michael B. Eisenkraft* | /s/ *Daniel L. Brockett* |
| Michael B. Eisenkraft | Daniel L. Brockett |
| COHEN MILSTEIN SELLERS & TOLL PLLC | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

```
Application GRANTED. Plaintiffs shall file their motion to seal along
with proposed redacted and highlight copies by October 14, 2022. The
Court understands that the response will be viewable by the Court and
parties only.

The Clerk of Court is  directed to terminate the motion at docket
entry 591.
                                       SO ORDERED.
Dated:     September 26, 2022
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

1