quinn emanuel trial lawyers | new york


COHEN MILSTEIN

October 18, 2022


MEMO ENDORSED

**VIA ECF**

The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     *Iowa Pub. Emps.' Ret. Sys. et al. v. Bank of Am. Corp. et al.*, No. 17-cv-6221 (KPF-SLC)

Dear Judge Failla:

        Plaintiffs respectfully request leave to file their Reply in support of their Limited
Objection to Magistrate Judge Sarah L. Cave's Report and Recommendation (ECF No. 576)
under interim seal, and to file a motion to seal along with proposed and redacted and highlighted
copies on November 11.

        Plaintiffs request to file their Reply in support of their Limited Objection to Judge Cave's
Report and Recommendation in redacted form as it contains references to materials and
documents that have been designated as Highly Confidential or Confidential pursuant to the
Protective Order in this case (ECF Nos. 150, 228).   Defendants likewise sought leave to file their
Responses to Plaintiffs' Limited Objection under seal (ECF No. 601), and the Court granted their
request (ECF No. 606).

        We have conferred with counsel for Defendants, who consent to our request.

        Respectfully submitted,

*/s/ Michael B. Eisenkraft*                      */s/ Daniel L. Brockett*
Michael B. Eisenkraft                            Daniel L. Brockett
COHEN MILSTEIN SELLERS & TOLL                    QUINN EMANUEL URQUHART &
PLLC                                             SULLIVAN, LLP

Application GRANTED.  Plaintiffs shall file their reply along with
proposed redacted and highlighted copies by **November 11, 2022.** The
Court understands that the response will be viewable by the Court
and parties only.  The Clerk of Court is directed to terminate the
motion at docket entry 612.

                                                SO ORDERED.

Dated:     October 18, 2022
           New York, New York

                                                *Katherine Polk Failla*

                                        1       HON. KATHERINE POLK FAILLA
                                                UNITED STATES DISTRICT JUDGE