UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

IOWA PUBLIC EMPLOYEES'
RETIREMENT SYSTEM,  ET AL.
,
          Plaintiffs,

    v.

BANK OF AMERICA CORPORATION,
ET AL.
          Defendants.

_____

Case No.: 1:17-cv-06221-KPF-SLC

**NOTICE OF CHANGE OF FIRM
NAME AND E-MAIL ADDRESSES**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the law firm of Pearson, Simon & Warshaw, LLP hereby

advises the Court and all parties in this matter that as of January 1, 2023, the firm's new name is:

**PEARSON WARSHAW, LLP**

The address, telephone and facsimile numbers remain the same.  The e-mail addresses for

the attorneys in this matter have been changed as follows:

Clifford H. Pearson          cpearson@pwfirm.com

Michael H. Pearson         mpearson@pwfirm.com

Neil Swartzberg            nswartzberg@pwfirm.com

986686.1

DATED: January 10, 2023          Respectfully submitted,


By:        */s/ Clifford H. Pearson*
                  CLIFFORD H. PEARSON

CLIFFORD H. PEARSON
  cpearson@pwfirm.com
MICHAEL H. PEARSON
  mpearson@pwfirm.com
NEIL SWARTZBERG
  nswartzberg@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone:  (818) 788-8300

986686.1