**Davis Polk**

Matthew A. Kelly
+1 212 450 4903
matthew.kelly@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

March 24, 2023

Re: Iowa Public Employees' Retirement System et al. v. Bank of America Corporation et al.,
No. 1:17-cv-6221 (S.D.N.Y.)

The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Failla:

Davis Polk & Wardwell LLP ("Davis Polk") serves as counsel to Two Sigma Investments, LP ("Two Sigma"), which is an Interested Party in the above-captioned case. As of April 5, 2023, I will no longer be associated with Davis Polk and thus will no longer serve as counsel to Two Sigma. Accordingly, I respectfully request that the Court instruct the docket clerk to remove my registration as counsel of record. Davis Polk will continue to represent Two Sigma in this action.

Respectfully submitted,

*[signature]*

Matthew A. Kelly

cc:   All Counsel of Record (via ECF)

SO ORDERED DATE: _____

_____
Hon. Katherine Polk Failla, U.S.D.J.

**Delivered via e-mail (Failla_NYSDChambers@nysd.uscourts.gov) and electronic filing**