UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, *et al.*, <br><br> Plaintiffs, <br><br> - against - <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br><br> Defendants. | No. 17 Civ. 6221 (KPF) (SLC) |

## [PROPOSED] ORDER GRANTING LEAVE TO WITHDRAW

**IT IS HEREBY ORDERED** that Henry B. Liu is granted leave to withdraw as counsel of record for Defendants JPMorgan Chase Bank, N.A., J.P. Morgan Securities LLC, J.P. Morgan Prime, Inc., and J.P. Morgan Strategic Securities Lending Corp. in this action. The Clerk of the Court is respectfully directed to remove Mr. Liu from the docket and from the service list in this action.

Dated: August ___, 2023

_____
The Honorable Katherine Polk Failla
United States District Judge