**SHEARMAN & STERLING LLP**

599 Lexington Avenue
New York, NY 10022-6069
+1.212.848.4000

RSchwed@shearman.com
212.848.5445

<u>Via ECF</u>

August 1, 2023

Hon. Katherine Polk Failla
United States District Court, Southern District of New York
40 Foley Square, Room 2101
New York, NY 10007

Re:   *Iowa Pub. Emps.' Ret. Sys. et al. v. Bank of Am. Corp. et al.*, No. 17-cv-6221 (KPF) (SLC)

Dear Judge Failla:

      Pursuant to Rule 2.D of Your Honor's Individual Rules of Practice in Civil Cases, we write on behalf of Defendants to respectfully request a one-day extension until Friday, August 4, in which to respond to Plaintiffs' supplemental authority letter, ECF No. 638, regarding *National ATM Council, Inc. v. VISA, Inc.*, No. 21-7109 (D.C. Cir. July 25, 2023) (unpublished) (per curiam).  Defendants seek this extension because pre-existing travel and client commitments make it impractical to coordinate a response on behalf of the defense group within the three-day response period applicable under this Court's Individual Rules of Practice in Civil Cases.

      No prior extensions have been granted.  Plaintiffs consent to this request.  Defendants respectfully request that the Court grant this extension by so-ordering this letter.

Respectfully submitted,

/s/    Richard F. Schwed

Richard F. Schwed
*Counsel for Defendants Merrill Lynch L.P. Holdings, Inc., Merrill Lynch Professional Clearing Corp., and Merrill Lynch, Pierce, Fenner & Smith Incorporated*

SHEARMAN.COM

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the state of Delaware, which laws limit the personal liability of partners.