UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br><br> Defendants. | Case No. 17-cv-6221 (KPF) (SLC) <br><br> Hon. Katherine Polk Failla |

**NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE NEW SETTLEMENT AGREEMENT WITH GOLDMAN SACHS, MORGAN STANLEY, JPMORGAN, UBS, AND EQUILEND**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Declaration of Daniel L. Brockett and the exhibits attached thereto, and the record herein, Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the Honorable Katherine Polk Failla, United States District Judge for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time to be determined by this Court, for entry of the proposed order preliminarily approving the New Settlement Agreement between Plaintiffs and the Goldman Sachs defendants (Goldman Sachs & Co. LLC; and Goldman Sachs Execution & Clearing, L.P. (merged into Goldman Sachs & Co. LLC as of June 12, 2017)); the JPMorgan defendants (J.P. Morgan Securities LLC; J.P. Morgan Prime, Inc.; J.P. Morgan Strategic Securities Lending Corp.; and JPMorgan Chase Bank, N.A.); the Morgan Stanley defendants (Morgan Stanley; Morgan Stanley Capital Management, LLC; Morgan Stanley & Co. LLC; Morgan Stanley

Distribution, Inc.; Prime Dealer Services Corp.; and Strategic Investments I, Inc); the UBS defendants (UBS AG; UBS Americas Inc.; UBS Securities LLC; and UBS Financial Services Inc.); and the EquiLend defendants (EquiLend LLC; EquiLend Europe Limited; and EquiLend Holdings LLC) (all such defendants together, the "Newly Settling Defendants" herein) pursuant to Rule 23 of the Federal Rules of Civil Procedure, certifying the Settlement Class, and appointing Class Counsel and Class Representatives for the Settlement Class. This [Proposed] Preliminary Approval Order has been agreed to by Plaintiffs and the Newly Settling Defendants and consists of:

(1) preliminarily approving the settlement set forth in the New Settlement Agreement;

(2) preliminarily certifying the Settlement Class as defined in the New Settlement Agreement for purposes of settlement only;

(3) preliminarily appointing Quinn Emanuel Urquhart & Sullivan, LLP and Cohen Milstein Sellers & Toll PLLC as Co-Lead Counsel for the Settlement Class;

(4) preliminarily appointing Plaintiffs as class representatives for the Settlement Class;

(5) ordering that Plaintiffs shall, at a later practicable date, submit for the Court's approval a proposed Plan of Allocation of the New Settlement Amount and a proposed notice plan;

(6) preliminarily approving Epiq Class Action & Claims Solutions, Inc. as Settlement Administrator, the Huntington National Bank as Escrow Agent and preliminarily approving certain administrative expenses to be paid as agreed to by the parties in the New Settlement Agreement;

(7) preliminarily approving the establishment of escrow accounts under the New Settlement Agreement as Qualified Settlement Funds;

(8) staying all proceedings in the action with respect to the Newly Settling Defendants; and

(9) granting such other and further relief as the Court deems just and proper.

| | |
|---|---|
| DATED: August 23, 2023 | Respectfully submitted, |

| | |
|---|---|
| **COHEN MILSTEIN SELLER & TOLL PLLC** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By: */s/ Michael B. Eisenkraft* <br> Michael B. Eisenkraft <br> Christopher J. Bateman <br> 88 Pine Street, 14th Floor <br> New York, New York 10005 <br> Telephone: (212) 838-7797 <br> meisenkraft@cohenmilstein.com <br> cbateman@cohenmilstein.com <br><br> Julie G. Reiser (*pro hac vice*) <br> Richard A. Koffman (*pro hac vice*) <br> Kit A. Pierson (*pro hac vice*) <br> Emmy L. Levens (*pro hac vice*) <br> Daniel McCuaig (*pro hac vice*) <br> Robert W. Cobbs (*pro hac vice*) <br> 1100 New York Ave NW, Suite 500 <br> Washington, DC 20005 <br> Telephone: (202) 408-4600 <br> jreiser@cohenmilstein.com <br> rkoffman@cohenmilstein.com <br> kpierson@cohenmilsetin.com <br> elevens@cohenmilstein.com <br> dmccuaig@cohenmilstein.com <br> rcobbs@cohenmilstein.com | By: */s/ Daniel L. Brockett* <br> Daniel L. Brockett <br> Sascha N. Rand <br> Steig D. Olson <br> Deborah K. Brown <br> David LeRay <br> Maxwell Deabler-Meadows <br> Avi Grunfeld <br> Nicolas Siebert <br> 51 Madison Avenue, 22nd Floor <br> New York, New York 10010 <br> Telephone: (212) 849-7000 <br> danbrockett@quinnemanuel.com <br> sascharand@quinnemnuel.com <br> steigolson@quinnemanuel.com <br> deborahbrown@quinnemanuel.com <br> davidleray@quinnemanuel.com <br> maxmeadows@quinnemanuel.com <br> avigrunfeld@quinnemanuel.com <br> nicolassiebert@quinnemanuel.com <br><br> Jeremy D. Andersen (*pro hac vice*) <br> 865 South Figueroa Street, 10th Floor <br> Los Angeles, California 90017 <br> Telephone: (213) 443-3000 <br> jeremyandersen@quinnemanuel.com |
| **SAFIRSTEIN METCALF LLP** <br><br> Peter Safirstein <br> 1345 Avenue of the Americas, 2nd Floor <br> New York, New York 10105 <br> Telephone: (212) 201-2845 <br> psafirstein@safirsteinmetcalf.com <br><br> *Counsel for Plaintiffs* | |