UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IOWA PUBLIC EMPLOYEES'
RETIREMENT SYSTEM; LOS ANGELES
COUNTY EMPLOYEES RETIREMENT
ASSOCIATION; ORANGE COUNTY
EMPLOYEES RETIREMENT SYSTEM;
SONOMA COUNTY EMPLOYEES'
RETIREMENT ASSOCIATION; and
TORUS CAPITAL, LLC, *on behalf of
themselves and all others similarly
situated*,

      Plaintiffs,

-v.-

MERRILL LYNCH, PIERCE, FENNER &
SMITH INC.; MERRILL LYNCH L.P.
HOLDINGS, INC.; and MERRILL LYNCH
PROFESSIONAL CLEARING CORP.,

      Defendants.

17 Civ. 6221 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

  At the January 17, 2025 conference, the Court set the following schedule for briefing on the issue of supplemental discovery: Plaintiffs' letter motion, not to exceed 10 pages, is due on or before **January 24, 2025**; Defendants' letter motion, not to exceed 10 pages, is due on or before **February 7, 2025**; Plaintiffs' reply, not to exceed 5 pages, is due on or before **February 14, 2025**.

  SO ORDERED.

Dated: January 17, 2025
    New York, New York

                KATHERINE POLK FAILLA
                United States District Judge