May 30, 2025

**VIA ECF**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

**MEMO ENDORSED**

Re: *Iowa Pub. Employees' Retirement System, et al. v. Bank of America Corporation, et al.*, No. 17-cv-6221 (KPF)

Dear Judge Failla:

The undersigned counsel respectively represent Plaintiffs and Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated, Merrill Lynch L.P. Holdings, Inc., and Merrill Lynch Professional Clearing Corp. (collectively, "Defendants"; collectively with Plaintiffs, "parties") in this case. As directed by the Court in its May 2, 2025 Order (Dkt. 729), the parties write to propose the following agreed-upon schedule for the merits phase of the case.

| Event | Deadline |
|---|---|
| Deadline for Defendants to Seek Any Supplemental Document Production from Plaintiffs and Notice Any Supplemental Document Subpoenas[1]<br><br>Deadline for Plaintiffs to Serve Data Subpoena on Markit | August 28, 2025 |
| Deadline for Defendants to Make Any Supplemental Production of Defendants' Own Documents | September 26, 2025 |
| Deadline for Defendants to Produce Data Samples and Other Data-Related Information for New or Changed Data Agreed to by the Parties After Meeting and Conferring | November 12, 2025 |

[1] Plaintiffs reserve all rights to review, object to, and to potentially seek to cross-notice any subpoena issued by Defendants. Defendants also reserve all rights to oppose any such objection or cross-notice(s).

| **Event** | **Deadline** |
|---|---|
| Deadline for Completion of Any Supplemental Document Production by Plaintiffs | December 12, 2025 |
| Deadline for Defendants to Serve Any Deposition Notices or Subpoenas<br><br>(Plaintiffs to Respond to Any Deposition Notice or Subpoena Within 7 Days of Service)[2] | December 22, 2025 |
| Deadline for Defendants to Complete Production of Supplemental Data | January 30, 2026 |
| Close of Supplemental Fact Discovery, Except For Potential 30(b)(6) on Defendants' Supplemental Data | January 30, 2026 |
| Deadline for Plaintiffs to Notice Any 30(b)(6) Deposition Relating to Supplemental Data[3] | February 13, 2026 |
| Deadline to Complete Any 30(b)(6) Deposition on Defendants' Supplemental Data | February 27, 2026 |

[2] Plaintiffs reserve all rights to review, object to, and to potentially seek to cross-notice any third-party deposition subpoena issued by Defendants. Defendants also reserve all rights to oppose any such objection or cross-notice(s).

[3] By agreeing to this deadline, Defendants are not consenting to a Rule 30(b)(6) deposition on their transaction data but understand that Plaintiffs have reserved their right to seek such a deposition. Defendants reserve all rights to review, object to, and to potentially seek relief from any Rule 30(b)(6) deposition noticed by Plaintiffs.

| Event | Deadline |
|---|---|
| Court status conference to discuss transactional data production and the close of supplemental fact discovery. Parties will submit a joint letter at least one week before this date to provide the Court with an overview of the issues to be discussed or to request to vacate this conference, if the parties agree it is not necessary. | March 2, 2026 |
| Plaintiffs Disclose Merits Expert(s) and Serve Merits Expert Report(s) | June 29, 2026<br><br>(150 days from production of supplemental data and close of fact discovery) |
| Defendants Disclose Merits Expert(s) and Serve Merits Expert Report(s) | November 20, 2026<br><br>(144 days from Plaintiffs' expert reports) |
| Plaintiffs Serve Reply Merits Expert Report(s) | February 19, 2027<br><br>(91 days from Defendants' expert reports) |
| Close of Merits Expert Discovery | March 19, 2027 |
| Any Party Wishing to File Summary Judgment or *Daubert* Motion(s) Requests Pre-Motion Conference | April 2, 2027 |
| Last day to file Motions for Summary Judgment and *Daubert* Motions | 75 days from Court granting permission to file summary judgment |
| Oppositions to Motions for Summary Judgment and *Daubert* Motions | 50 days after filing of opening Summary Judgment and *Daubert* motions |
| Replies to Motions for Summary Judgment and *Daubert* Motions | 40 days after filing of oppositions |

| **Event** | **Deadline** |
|---|---|
| Joint Pre-Trial Order | 60 days from the Court's decisions on Summary Judgment and *Daubert* Motions; Court will set deadline at a conference following decision on dispositive motions. |
| Final Pre-Trial Conference | Parties will reach out to the Court for its availability for a final pretrial conference to be held after final pretrial order is due. |
| Jury Trial | Parties will reach out to the Court for its availability for trial on date commencing at least 7 days after final pre-trial conference. |

The parties greatly appreciate Your Honor's consideration of this request.

Dated: May 30, 2025

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Daniel L. Brockett*

Daniel L. Brockett
Sascha N. Rand
Steig D. Olson
David LeRay
Maxwell Deabler-Meadows
Nicolas Siebert
295 5th Avenue, 9th Floor
New York, New York 10016
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
sascharand@quinnemanuel.com
steigolson@quinnemanuel.com
davidleray@quinnemanuel.com
maxmeadows@quinnemanuel.com
nicolassiebert@quinnemanuel.com

*Co-Lead Counsel for the Class*

**COHEN MILSTEIN SELLER & TOLL PLLC**

*/s/ Michael B. Eisenkraft*

Michael B. Eisenkraft
Christopher J. Bateman
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 838-7797
meisenkraft@cohenmilstein.com
cbateman@cohenmilstein.com

Julie G. Reiser (pro hac vice)
Richard A. Koffman (pro hac vice)
Emmy L. Levens (pro hac vice)
Daniel McCuaig (pro hac vice)
Robert W. Cobbs (pro hac vice)
1100 New York Ave NW, Suite 500
Washington, DC 20005

**ALLEN OVERY SHEARMAN STERLING LLP**

*/s/ Adam S. Hakki*

Adam S. Hakki
Richard F. Schwed
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
ahakki@aoshearman.com
rschwed@aoshearman.com

Michael P. Mitchell
1101 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 508-8000
michael.mitchell@aoshearman.com

*Counsel for Defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated; Merrill Lynch L.P. Holdings; and Merrill Lynch Professional Clearing Corp.*

Telephone: (202) 408-4600
jreiser@cohenmilstein.com
rkoffman@cohenmilstein.com
elevens@cohenmilstein.com
dmccuaig@cohenmilstein.com
rcobbs@cohenmilstein.com

*Co-Lead Counsel for the Class*

Application GRANTED. Given the length of the schedule, the Court does not anticipate granting any extensions and expects that the parties will bear that in mind in bringing disputes to the Court's attention.

Dated: June 2, 2025
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE