**GABRIEL J. FISCHBARG, ESQ.**

ATTORNEY AT LAW

230 PARK AVENUE, SUITE 330W

NEW YORK, NEW YORK 10169

TELEPHONE (917) 514-6261                    CELLULAR (917) 514-6261

TELECOPIER (917) 525-2099                    EMAIL: FIS123@YAHOO.COM

April 2, 2026

Judge Katherine Polk Failla

U.S. District Court

500 Pearl Street

New York, New York 10007



RE:    Iowa Public Employees Retirement System, et.al. v. Merrill Lynch, Pierce Fenner
& Smith Inc., et.al., 17 Civ. 6221 (KPF)(SLC)

Dear Judge Polk Failla:

I represent EMHA Trading LLC, a claimant that filed a timely claim for payment in July, 2024 in connection U.S. District with Court the settlement payments authorized by the Notice of Proposed Class Action Settlements, Fairness Street Hearing and Class Members' Rights dated April 8, 2024. The settlement payments were approved by Order dated September 11, 2024 (Docket No. 685) after a Fairness Hearing on September 4, 2024.

It is has been more than 21 months since the claims were submitted in July, 2024 but no estimate as to when any partial or full settlement payments can be made has been disclosed by the parties' attorneys.

Rather than propose any partial settlement payments during the last 2 years, the parties' attorneys have instead sought multiple extensions to provide a "status update" based only on representation of counsel that "the Administrator's review has taken longer than anticipated due to the complexity of the data in this matter." (Doc.No. 746, letter dated 3/31/2026; see also Doc.No. 734, letter dated 7/22/2025, Doc.No. 738, letter dated 12/15/2025).

The parties' attorneys have not provided any explanation as to why partial payments should not be made at this time.  See, e.g., In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation, E.D.N.Y., Civil No. 05-5075, MDL No. 1720 (MKB)(JAM), Doc.Nos. 9652 & 9682 attached hereto as Exhibits 1-A, 1-B & 2.  In that case, the Administrator provided a detailed 21-page Declaration dated August 19, 2025 "to update the Court further on completed and ongoing tasks related to the claims filing process and proposed initial partial distribution."

(Kovach Decl., para. 2, Doc. No. 9652-3, (pp. 70-90 of pdf attached hereto as Exhibit 1-B)).  As shown by Exhibit 2 hereto, that Court approved a partial distribution in order "to pay as many claims as possible while maintaining a reasonable and conservative holdback of sufficient funds to account for any possible results of the outstanding legal issues and the resolution of all conflicts, research requests, sales data submissions, and any other pending disputes concerning the claims excluded from the initial partial distribution." (Ex. 1-B, Kovach Decl., para. 32, Doc. No. 9652-3, p.90 of pdf).

In addition to that case, other District Courts have approved preliminary, partial distributions in class actions, when doing so is in the best interests of the class. See, e.g., In re Air Cargo Shipping Servs. Antitrust Litig., No. 06-md-1775 (E.D.N.Y.) text-entry orders granting ECF 1526 (Aug. 25, 2011) & ECF 1781 (Jan. 4, 2013); Air Cargo, ECF 2450; Air Cargo, ECF 2503; Air Cargo, ECF 2509; Air Cargo, ECF 2478.

This is to respectfully request that the Court require the Administrator to submit a Declaration like the one described above to update the Court on completed and ongoing tasks related to the claims filing process and a proposed initial partial or full distribution.

If the Court requires my client to file a formal application by Order to Show Cause in order to make such a request instead of this letter, my client will do so.

Respectfully submitted,

*Gabriel Fischbarg*

Gabriel Fischbarg

The Court has received the above-request and Plaintiffs' response (Dkt. #749).  The request is DENIED.

EMHA Trading LLC ("EMHA") has provided no basis for one claimant to leapfrog other claimants in the distribution process.

The Clerk of Court is directed to terminate the pending motion at docket entry 748.

Dated:    April 6, 2026            SO ORDERED.
          New York, New York


                                   _Katherine Polk Failla_

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE