quinn emanuel trial lawyers | new york

COHEN MILSTEIN

November 2, 2026

MEMO ENDORSED

**VIA ECF**

The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Iowa Pub. Emps.' Ret. Sys. et al. v. Bank of Am. Corp. et al.*, No. 17-cv-6221 (KPF-SLC)

Dear Judge Failla:

Plaintiffs respectfully request leave to file the Declaration of Daniel Brocket in support of Plaintiffs' motion for first distribution of the net settlement funds, and the associated exhibits, under seal.

The Brockett Declaration and associated exhibits contain sensitive financial and personal information relating to class members. For instance, one exhibit (Exhibit A) relates to the lone disputed claim and includes the claimant's name, address, and financial information. This is the type of private information that courts in this district typically seal. *Cf. Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (recognizing that the Court must "balance competing considerations against [the presumption of access]," including but not limited to "the privacy interests of those resisting disclosure") (quoting *United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995)).

Respectfully submitted,

| | |
|---|---|
| */s/ Michael B. Eisenkraft* | */s/ Daniel L. Brockett* |
| Michael B. Eisenkraft | Daniel L. Brockett |
| COHEN MILSTEIN SELLERS & TOLL LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

Application GRANTED. The Clerk of Court is directed to maintain the Declaration of Daniel Brockett in Support of Plaintiffs' Motion for Disbursement of Funds (Dkt. #780), and the associated exhibits (Dkt. #780-1), under seal.

The Clerk of Court is directed to terminate the motion at docket entry 779.

Dated: November 5, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE